UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Burkina Wear, Inc.,<br><br>   Plaintiff,<br><br>v.<br><br>Campagnolo, S.R.L.,<br><br>   Defendant. | Civ. No. 07 cv 3610 (RWS) (HP) |

## FIRST STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure Plaintiff, Burkina Wear, Inc., ("Plaintiff") and Defendant Campagnolo, S.R.L. ("Defendant") hereby file this Joint Stipulation to Extend Defendant's Time to Answer or Otherwise Respond.

The parties agree that the Complaint was properly served on Defendant on July 23, 2007, and the Answer or responsive pleading was due on August 13, 2007. The parties respectfully request that the Court extend Defendant's time to answer or otherwise respond to the complaint by an additional thirty (30) days to **September 22, 2007**.

This is the parties' first stipulation with respect to an extension of time to answer or otherwise respond.

Respectfully Submitted,
Defendant

By: /s/ Jeffrey A. Lindenbaum
    Jess M. Collen (JC 2875)
    Matthew C. Wagner (MW 9432)
    Jeffrey A. Lindenbaum (JL 1971)
    Collen IP
    The Holyoke Manhattan Building
    80 South Highland Avenue
    Ossining, New York 10562
    Tel: (914) 941-5668
    Fax: (914) 941-6091
    jlindenbaum@collenip.com

John J. O'Malley, Esq.
Volpe and Koenig, P.C
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA 19103
Tel: (215) 568-6400
Fax: (215) 568-6499
E-mail: jomalley@volpe-koenig.com

Dated: August 27, 2007

Respectfully Submitted,
Plaintiff

By: C. A. Giordano /E. Puy
    Carmen S. Giordano, Esquire
    Law Office of Carmen S. Giordano
    225 Broadway, 40th Floor
    New York, NY 10007
    Tele: 212-406-9466
    Fax: 212-406-9410
    E-Mail: carmen@csgiordano.com

Dated: August 27, 2007

**SO ORDERED:**

_____
Robert W. Sweet, U.S.D.J.

Dated: _____, 2007

## CERTIFICATE OF SERVICE AND FILING

    I hereby certify that on August 29, 2007 I electronically filed the foregoing First Stipulation to Extend time to Answer with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Carmen S. Giordano, Esquire
Law Office of Carmen S. Giordano
225 Broadway, 40th Floor
New York, NY 10007
Tele: 212-406-9466
Fax: 212-406-9410
E-Mail: carmen@csgiordano.com

    /s Jeffrey A. Lindenbaum