07cv 3610

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1) that the document has been served *
1) que la demande a été exécutée
-- the (date) -- le (date)  23/7/07
-- at (place, street, number) - à (localité, rue, numéro)  CAMPAGNOLO SRL  VIA DELLA CHIMICA 4 VICENZA

-- in one of the following methods authorized by article 5:
-- dans une des formes suivantes prévues à l'article 5:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    a) selon les formes légales (article 5. alinéa premier, lettre a)

[ ] (b) in accordance with the following particular method:
    b) selon la forme particulière suivante:

[ ] (c) by delivery to the addressee, who accepted it voluntarily.*
    c) par remise simple.

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à:
- (identity and description of person)
- (Identité et qualité de la personne)
LAIN ROBERTO IMPIEGATO IVI ADDETTO.

- relationship to the addressee family, business or other
- liens de parenté de subordination ou autres avec le destinataire de l'acte:

2) that the document has not been served, by reason of the following facts*:
2) que la demande n'a pas été exécutée, en raison des faits suivants:

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.

ANNEXES
Annexes
Documents returned:
Pieces renvoyées

Done at VICENZA, the 23/7/07
Fait à             , le

In appropriate cases, documents establishing the service:
Le cas échéant, les documents justificatifs de l'exécution:

Signature and/or stamp
Signature et/ou cachet

U.S. Department of Justice
United States Marshals Service

ORIGINALE DA RESTITUIRE
ORIGINAL TO RETURN
ORIGINAL À RETOURNER

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Carmen Giordano<br>Giordano Law Offices<br>225 Broadway, 40th Floor<br>New York, NY 10007-3001 | The Registry of the Court of Appeal<br>L"Ufficio unico degli ufficiali giudiziari presso la corte d"appello la corte d"appello di Roma<br>Rome, Italy |

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
**(identity and address)**
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
*(identité et adresse)*

CAMPAGNOLO S.R.L.    Via della Chimica 4,    36100 Vicenza, Italy

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
  *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

Done at New York, New York , the June 22, 2007
*Fait à          , le*

Signature and/or stamp
*Signature et/ou cachet*

**List of documents**
*Enumération des pièces*

Summons
First Amended Complaint
07cv 3610

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

*Delete if inappropriate
*Rayer les mentions inutiles.*

07 cv 3610

CAMPAGNOLO SRL
Vie Chimica 4 Vicenza

LAIN ROBERTO
23/7/07