Sweet, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


RECEIVED SEP 1 1 2007 JUDGE SWEET CHAMBERS

| |
|---|
| Burkina Wear, Inc., |
|     Plaintiff, |
| v. |
| Campagnolo, S.R.L., |
|     Defendant. |

Civ. No. 07 cv 3610 (RWS) (HP)

### FIRST STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure Plaintiff, Burkina Wear, Inc., ("Plaintiff") and Defendant Campagnolo, S.R.L. ("Defendant") hereby file this Joint Stipulation to Extend Defendant's Time to Answer or Otherwise Respond.

The parties agree that the Complaint was properly served on Defendant on July 23, 2007, and the Answer or responsive pleading was due on August 13, 2007. The parties respectfully request that the Court extend Defendant's time to answer or otherwise respond to the complaint by an additional thirty (30) days to **September 22, 2007**.

This is the parties' first stipulation with respect to an extension of time to answer or otherwise respond.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/07
```

Respectfully Submitted,  
Defendant

By: /s/ Jeffrey A. Lindenbaum  
    Jess M. Collen (JC 2875)  
    Matthew C. Wagner (MW 9432)  
    Jeffrey A. Lindenbaum (JL 1971)  
    Collen IP  
    The Holyoke Manhattan Building  
    80 South Highland Avenue  
    Ossining, New York 10562  
    Tel: (914) 941-5668  
    Fax: (914) 941-6091  
    jlindenbaum@collenip.com

John J. O'Malley, Esq.  
Volpe and Koenig, P.C  
United Plaza, Suite 1600  
30 South 17th Street  
Philadelphia, PA 19103  
Tel: (215) 568-6400  
Fax: (215) 568-6499  
E-mail: jomalley@volpe-koenig.com

Dated: August 27, 2007

Respectfully Submitted,  
Plaintiff

By: C. A. Giordano /C. Pug  
    Carmen S. Giordano, Esquire  
    Law Office of Carmen S. Giordano  
    225 Broadway, 40th Floor  
    New York, NY 10007  
    Tele: 212-406-9466  
    Fax: 212-406-9410  
    E-Mail: carmen@csgiordano.com

Dated: August 27, 2007

SO ORDERED:

/s/ Sweet  
Robert W. Sweet, U.S.D.J.

Dated: 9/12, 2007

2

## CERTIFICATE OF SERVICE AND FILING

I hereby certify that on August 29, 2007 I electronically filed the foregoing First Stipulation to Extend time to Answer with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Carmen S. Giordano, Esquire
Law Office of Carmen S. Giordano
225 Broadway, 40th Floor
New York, NY 10007
Tele: 212-406-9466
Fax: 212-406-9410
E-Mail: carmen@csgiordano.com

/s Jeffrey A. Lindenbaum