# EXHIBIT A

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2007-09-24 14:29:20 ET

**Serial Number:** 78438884 Assignment Information        Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**

CAMPNY

**(words only):** CAMPNY

**Standard Character claim:** Yes

**Current Status:** An opposition is now pending at the Trademark Trial and Appeal Board.

**Date of Status:** 2005-09-01

**Filing Date:** 2004-06-21

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**Attorney Assigned:**
MURRAY DAVID T Employee Location

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2005-03-16

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Burkina Wear, Inc.

**Address:**
Burkina Wear, Inc.
177 East Houston Street

New York, NY 10002
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
Backpacks, bookbags, shoulder bags, handbags and purses, tote bags, travel bags and waist packs
**Basis:** 1(a)
**First Use Date:** 2004-06-21
**First Use in Commerce Date:** 2004-06-21

**International Class:** 025
**Class Status:** Active
Clothing, namely, t-shirts, men's and women's jeans, men's and women's shirts, hats, caps, baseball caps, neck ties, socks, men's and women's shorts, men's and women's sport jackets and coats, wind resistant jackets, rain coats, golf shirts, gym shorts, headbands, jerseys, jumpsuits, slacks, pants, parkas, sweatshirts, ski masks, athletic suits, sweatsuits, warm-up suits, sweaters, tennis wear, vests, turtleneck shirts and sweaters, polo shirts
**Basis:** 1(a)
**First Use Date:** 2004-06-21
**First Use in Commerce Date:** 2004-06-21

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-11 - PAPER RECEIVED

2005-09-01 - Opposition instituted for Proceeding

2005-05-19 - Extension Of Time To Oppose Received

2005-04-26 - Published for opposition

2005-04-06 - Notice of publication

2005-02-04 - Law Office Publication Review Completed

2005-02-02 - Assigned To LIE

2005-01-25 - Approved for Pub - Principal Register (Initial exam)

2005-01-25 - Assigned To Examiner

2004-06-28 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Steven Mancinelli

**Correspondent**
Erik M. Pelton
Erik M. Pelton, Attorney at Law
PO Box 100637
Arlington, VA 22210
Phone Number: 212-962-6525
Fax Number: 212-962-6791

# EXHIBIT B


**United States Patent and Trademark Office**
Home | Site Index | Search | Guides | Contacts | *e*Business | eBiz alerts | News | Help


## TTABVUE. Trademark Trial and Appeal Board Inquiry System

# Opposition

|  |  |
|---|---|
| **Number:** 91166420 | **Filing Date:** 08/26/2005 |
| **Status:** Pending | **Status Date:** 09/01/2005 |
| **Interlocutory Attorney:** ANN LINNEHAN | |

**Defendant**

**Name:** Burkina Wear, Inc.
**Correspondence:** Erik M. Pelton
Erik M. Pelton, Attorney at Law
PO Box 100637
Arlington, VA 22210
emp@tm4smallbiz.com
**Serial #:** 78438884    Application File
**Application Status:** Opposition Pending
**Mark:** CAMPNY

**Plaintiff**

**Name:** Campagnolo S.R.L.
**Correspondence:** Anthony S. Volpe
Volpe and Koeing, P.C.
United Plaza, Suite 1600 30 South 17th Street
Philadelphia, PA 19103
msnyder@volpe-koenig.com, JOMalley@volpe-koenig.com, mcamus@volpe-koenig.com, ptomail@volpe-koenig.com, JRyan@volpe-koenig.com

### Prosecution History

| # | Date | History Text | Due Date |
|---|---|---|---|
| 28 | 08/10/2007 | SUSPENDED PENDING DISP OF CIVIL ACTION | |
| 27 | 06/18/2007 | D'S REPLY IN SUPPORT OF MOTION | |
| 26 | 06/08/2007 | P'S OPPOSITION/RESPONSE TO MOTION | |
| 25 | 05/25/2007 | D'S MOTION TO REOPEN DISCOVERY | |
| 24 | 01/11/2007 | D'S APPEARANCE OF COUNSEL/POWER OF ATTORNEY | |
| 23 | 12/22/2006 | SUSPENDED | |
| 22 | 11/22/2006 | P'S REPLY IN SUPPORT OF MOTION | |
| 21 | 11/03/2006 | D'S OPPOSITION/RESPONSE TO MOTION | |
| 20 | 11/01/2006 | P'S MOT TO SUSP PEND DISP CIV ACTION | |
| 19 | 10/12/2006 | DISCOVERY AND TESTIMONY PERIODS ARE RESET | |
| 18 | 09/26/2006 | D'S OPPOSITION/RESPONSE TO MOTION | |
| 17 | 09/20/2006 | P'S MOTION FOR AN EXTENSION OF TIME | |
| 16 | 08/16/2006 | EXTENSION OF TIME GRANTED | |
| 15 | 08/16/2006 | STIPULATION FOR AN EXTENSION OF TIME | |
| 14 | 06/15/2006 | EXTENSION OF TIME GRANTED | |
| 13 | 06/15/2006 | STIPULATION FOR AN EXTENSION OF TIME | |

| | | | |
|---|---|---|---|
| 12 | 04/04/2006 | EXTENSION OF TIME GRANTED | |
| 11 | 04/04/2006 | STIPULATION FOR AN EXTENSION OF TIME | |
| 10 | 02/17/2006 | EXTENSION OF TIME GRANTED | |
| 9 | 02/17/2006 | STIPULATION FOR AN EXTENSION OF TIME | |
| 8 | 09/15/2005 | AMENDED NOTICE OF OPPOSITION | |
| 7 | 09/15/2005 | AMENDED NOTICE OF OPPOSITION | |
| 6 | 09/15/2005 | AMENDED NOTICE OF OPPOSITION | |
| 5 | 10/07/2005 | ANSWER | |
| 4 | 10/07/2005 | CHANGE OF CORRESPONDENCE ADDRESS | |
| 3 | 09/01/2005 | PENDING, INSTITUTED | |
| 2 | 09/01/2005 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | 10/11/2005 |
| 1 | 08/26/2005 | FILED AND FEE | |

Results as of 09/24/2007 02:35 PM    **Back to search results**    **Search:**

| .**HOME** | **INDEX**| **SEARCH** | *e*BUSINESS | **CONTACT US** | **PRIVACY STATEMENT** |

UNITED STATES PATENT AND TRADEMARK OFFICE
Trademark Trial and Appeal Board
P.O. Box 1451
Alexandria, VA  22313-1451

gcp/fc

Mailed:  August 10, 2007

Opposition No. 91166420

Campagnolo S.R.L.

v.

Burkina Wear, Inc.

George C. Pologeorgis, Interlocutory Attorney:

    This case now comes up on applicant's motion (filed May 25, 2007) to reopen proceedings after suspension pending the final determination of a civil action between the parties in the United States District Court for the Eastern District of Pennsylvania.  The motion has been fully briefed.

    Applicant has submitted a copy of the May 1, 2007 order of the United States District Court for the Eastern District of Pennsylvania dismissing civil action 06-4856 on the grounds of lack of personal jurisdiction and improper venue.  In light of the district court's dismissal on grounds not concerning the merits of the case, applicant requests that this Board proceeding be resumed so that the Board may now consider applicant's pending motions to dismiss, for sanctions, and for judgment on the pleadings.

    In its response to applicant's motion, opposer advised the Board that on May 7, 2007, applicant filed a complaint

Opposition No. 91166420

for declaratory judgment in the United States District Court for the Southern District of New York, against opposer, and on May 24, 2007, applicant filed an amended complaint on the same matter.[1]  Opposer attached copies of the complaints as exhibits to its brief.  Opposer asserts that further suspension of the instant Board case is appropriate and warranted because (1) the parties to the civil suit are the same as this opposition, (2) the issues in the civil suit are the same as or similar to those in this opposition, and (3) suspending this opposition will be less burdensome on the parties, the District Court and the Board.

Applicant claims that opposer has engaged in delay tactics as a strategy in this proceeding, and is seeking to delay and avoid decision on potentially dispositive motions filed earlier with the Board.

It is the policy of the Board to suspend proceedings when the parties are involved in a civil action that may be dispositive of or have a bearing on the Board case.  See Trademark Rule 2.117(a).

A review of the complaint in the most recent civil case between the parties to this proceeding, as filed and as amended on May 24, 2007, indicates that a decision by the

---

[1] The civil action is styled *Burkina Wear, Inc. v. Campagnolo, S.R.L*, Civ. No. 07 CV 3610 (HP)(RWS), United States District Court for the Southern District of New York, filed on or about May 7, 2007.

2

Opposition No. 91166420

district court could be dispositive of, or have a bearing on, the issues in this opposition proceeding.

Accordingly, applicant's motion to reopen these proceedings is denied, and proceedings herein remain suspended pending final disposition of the civil action between the parties in the United States District Court for the Southern District of New York.

Within twenty days after the final determination of the civil action, the interested party should notify the Board so that this case may be called up for appropriate action. During the suspension period the Board should be notified of any address changes for the parties or their attorneys.

Additionally, the Board notes applicant's motion, filed concurrently with its brief in response to the first motion to suspend (filed November 3, 2006), to dismiss the opposition, sanction opposer and enter judgment in favor of applicant. These motions will be decided upon the resumption of these proceedings, if necessary.

3