UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

BURKINA WEAR, INC.,

        Plaintiff,

  - against -

CAMPAGNOLO, S.R.L.,

        Defendant.

------------------------------------X

07 Civ. 3610 (RWS)

O R D E R

**Sweet, D.J.,**

    The motion of Defendant Campagnolo, S.R.L. dated September 24, 2007 will be heard at noon on Wednesday, October 24, 2007, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

New York, NY
September 26, 2007

ROBERT W. SWEET
U.S.D.J.