LAW OFFICES
## CARMEN S. GIORDANO
225 BROADWAY, 40TH FLOOR
**NEW YORK, NY 10007**
———
(212) 406-9466
TELECOPIER (212) 406-9410
carman@csgiordano.com



October 3, 2007

~~SDC SDNY
~CUMENT
ECTRONICALLY FILED
~~OC #:
DATE FILED: 10/4/07

**VIA FACSIMILE**
Honorable Robert W. Sweet,
United States District Judge, SDNY
500 Pearl Street
New York, NY

                Re:    **Burkina Wear, Inc. v. Campagnolo S.R.L.**
                       <u>Court No. 07-3610</u>

Your Honor:

        My office represents the Plaintiff in the above-referenced case. I write to request a brief adjournment for the filing of Plaintiff's opposition to Defendant's recent 12b(6) motion. Plaintiff's opposition is due on October 5, 2007. We are requesting an enlargement of time until October 10, 2007. Defense Counsel has consented to this request. Nor prior request for an extension of the Plaintiff's time to file opposition has been submitted.

                        Respectfully submitted,



                        Carmen S. Giordano

So ordered
[signature] USDJ
10. 3. 07