SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Burkina Wear, Inc.        Plaintiff,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/07

  7  cv  3610  (rws)

- against -

Campagnolo S.R.L.        Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION**

Upon the oral motion of __Matthew C. Wagner__ attorney for __Defendant, Campagnolo S.R.L.__ and said sponsor attorney's affidavit declaration that applicant __John Joseph O'Malley__ is a member in good standing of the bar(s) of the state(s) of __Pennsylvania__;

and that applicant's contact information is as follows (please print):

  Applicant's Name: John Joseph O'Malley
  Firm Name: Volpe and Koenig P.C.
  Address: United Plaza, Suite 1600, 30 South 17th Street
  City/State/Zip: Philadelphia, PA 19103
  Telephone/Fax: (215) 568-6400 / (215) 568-6499
  Email Address: jomalley@volpe-koenig.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for __Defendant, Campagnolo S.R.L.__ in the above entitled action;

**IT IS HEREBY ORDERED** that __John Joseph O'Malley__, is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: 10.25.07
City, State:

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $        SDNY RECEIPT#
SDNY Form Web 10/2006