

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURKINA WEAR, INC.

        Plaintiff,

        v.                          07 cv 3610 (HP) (RWS)

CAMPAGNOLO S.R.L.                    **SCHEDULING ORDER**

        Defendant.



1. All fact discovery shall be served, noticed and completed by April 15, 2008.

2. The number of interrogatories shall be governed by the Fed. R. Civ. P. 33(a).

3. The number of depositions will be governed by Fed. R. Civ. P. 30.

4. The parties shall identify experts, if any, in accordance with Fed. R. Civ. P. 26(a)(2)(B), on or before **March 24, 2008.**

5. Parties shall serve reports of expert witnesses with respect to issues on which they have the burden of proof on or before **May 9, 2008**.

6. Parties shall serve any responsive expert reports on or before **May 23, 2008**.

7. Expert discovery shall be completed on or before **June 30, 2008**.

8. All dispositive motions shall be filed on or before **August 1, 2008**.

9. The case will be ready for trial in **September 2008**.

SO ORDERED this ___25___ day of ___October___, 2007.

                                    Hon. Robert W. Sweet, USDJ

