UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Burkina Wear, Inc.          Plaintiff,

                                                            7  cv  3610     (RWS)

- against -

Campagnolo S.R.L.          Defendant.                MOTION TO ADMIT COUNSEL

                                                            PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,  Matthew C. Wagner  a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Anthony S. Volpe
Firm Name: Volpe and Koenig P.C.
Address: United Plaza, Suite 1600, 30 South 17th Street
City/State/Zip: Philadelphia, PA 19103
Phone Number: (215) 568-6400
Fax Number: (215) 568-6499

Anthony S. Volpe  is a member in good standing of the Bar of the States of
Pennsylvania

There are no pending disciplinary proceeding against  Anthony S. Volpe
in any State or Federal court.

Dated:  10/23/2007
City, State:  Ossining, NY 10562

Respectfully submitted,

_MATTHEW C. WAGNER_

Sponsor's
SDNY Bar:  MW 9432
Firm Name:  Collen IP
Address:  80 South Highland Avenue
City/State/Zip: Ossining, NY 10562
Phone Number: (914) 941-5668
Fax Number:  (914) 941-6091



# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

BURKINA WEAR, INC.        :
                          :
                          :  07 cv 3610 (HP) (RWS)
            Plaintiff,    :
                          :  DECLARATION OF
      v.                  :  MATTHEW C. WAGNER
                          :  IN SUPPORT OF MOTION
CAMPAGNOLO S.R.L.         :  TO ADMIT COUNSEL PRO
                          :  HAC VICE
            Defendant.    :

Matthew C. Wagner, being duly sworn, herby deposes and says as follows:

1. I am Counsel for Defendant Campagnolo S.R.L in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Anthony S. Volpe as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January 28, 1997. I am also admitted to the bar of the United States District Court the Southern District of New York, and am in good standing with this Court.

3. Mr. Volpe is a partner at Volpe and Koenig P.C. in Philadelphia, Pennsylvania. I met Mr. Volpe in connection with this litigation through his

partner John O' Malley (also appearing in this matter pro hac vice) whom I have known for at least five years both professionally and personally.

4. I am informed that Mr. Volpe has appeared pro hac vice in the Southern District of New York previously on several occasions including in a matter before Judge Chin. Mr. Volpe is a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Anthony S. Volpe, pro hac vice, which is attached hereto as Exhibit A.

6. I respectfully submit a proposed order granting the admission of Anthony S. Volpe, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Anthony S. Volpe, pro hac vice, to represent Defendant in the above-captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/23/07

Matthew C. Wagner, Esquire (MW-9432)
COLLEN IP
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
Tel.: 914-941-5668
Fax: 914-941-6091



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Anthony S. Volpe, Esq.*

DATE OF ADMISSION

*November 24, 1976*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 19, 2007

Patricia A. Johnson
Chief Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Burkina Wear Inc.            Plaintiff,

                                                    7   cv  3610    (rws )

     - against -
                              Defendant.            **ORDER FOR ADMISSION**
Campagnolo S.R.L                                    **PRO HAC VICE**
                                                    **ON WRITTEN MOTION**

Upon the motion of  Matthew C. Wagner   attorney for  Campagnolo S.R.L.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Applicant's Name:   Anthony S. Volpe
>
> Firm Name:          Volpe and Koenig P.C
>
> Address:            United Plaza, Suite 16, 30 South 17th Street
>
> City/State/Zip:     Philadelphia, PA 19103
>
> Telephone/Fax:      (215) 568-6400 / (215) 568-6499
>
> Email Address:      AVolpe@volpe-koenig.com

is admitted to practice pro hac vice as counsel for  Campagnolo S.R.L.  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BURKINA WEAR, INC. | : | |
| | : | |
| | : | 07 cv 3610 (HP) (RWS) |
| Plaintiff, | : | |
| | : | CERTIFICATEOF SERVICE |
| v. | : | |
| | : | |
| CAMPAGNOLO S.R.L. | : | |
| | : | |
| Defendant. | : | |

I, Edie Garvey, do hereby certify that I caused a true copy of Pro Hac Vice Admission for Anthony S. Volpe to be served upon the following in the following form:

> Carmen S. Giordano, Esquire
> 225 Broadway, 40th Floor
> New York, NY 10007
> By first class mail

So certified on this 7th Day of November, 2007.

_____
Edie Garvey