SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

received
10/23/07

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Burkina Wear, Inc.          Plaintiff,

                                          7    cv   3610    (rws)

        - against -

                                          **MOTION TO ADMIT COUNSEL**

Campagnolo S.R.L.          Defendant.        **PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,   Matthew C. Wagner      a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | John Joseph O'Malley |
| Firm Name: | Volpe and Koenig P.C. |
| Address: | United Plaza, Suite 1600, 30 South 17th Street |
| City/State/Zip: | Philadelphia, PA 19103 |
| Phone Number: | (215) 568-6400 |
| Fax Number: | (215) 568-6499 |

John Joseph O'Malley                      is a member in good standing of the Bar of the States of

Pennsylvania

There are no pending disciplinary proceeding against   John Joseph O'Malley

in any State or Federal court.

Dated:     10/23/2007
City, State: Ossining, NY  10562

Respectfully submitted,

_Matthew C. Wal_
MATTHEW C. WAGNER

| | |
|---|---|
| Sponsor's | |
| SDNY Bar | MW 9432 |
| Firm Name: | Collen IP |
| Address: | 80 South Highland Avenue |
| City/State/Zip: | Ossining, NY 10562 |
| Phone Number: | (914) 941-5668 |
| Fax Number: | (914)941-6091 |

SDNY Form Web 10/2006

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | | |
|---|---|---|---|
| BURKINA WEAR, INC. | | : | |
| | | : | |
| | | : | 07 cv 3610 (HP) (RWS) |
| | Plaintiff, | : | |
| | | : | DECLARATION OF |
| | v. | : | MATTHEW C. WAGNER |
| | | : | IN SUPPORT OF MOTION |
| CAMPAGNOLO S.R.L. | | : | TO ADMIT COUNSEL PRO |
| | | : | HAC VICE |
| | Defendant. | : | |

Matthew C. Wagner, being duly sworn, herby deposes and says as follows:

1.    I am Counsel for Defendant Campagnolo S.R.L in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit John Joseph O' Malley as counsel pro hac vice to represent Defendant in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January 28, 1997. I am also admitted to the bar of the United States District Court the Southern District of New York, and am in good standing with this Court.

3.    Mr. O'Malley is a partner at Volpe and Koenig P.C. in Philadelphia, Pennsylvania. I have known Mr. O'Malley for at least five years both professionally and personally.

4.      I have found Mr. O'Malley to be a skilled attorney and a person of integrity.

He is experienced in Federal practice and is familiar with the Federal Rules of

Procedure.

5.      Accordingly, I am pleased to move the admission of John Joseph O' Malley,

pro hac vice, which is attached hereto as Exhibit A.

6.      I respectfully submit a proposed order granting the admission of John Joseph

O' Malley, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit John Joseph O'

Malley, pro hac vice, to represent Defendant in the above-captioned matter, be granted.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on: 10/23/07

Matthew C. Wagner, Esquire (MW-9432)
COLLEN IP
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
Tel.: 914-941-5668
Fax: 914-941-6091



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *John Joseph O'Malley, Esq.*

**DATE OF ADMISSION**

*June 3, 1993*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: October 19, 2007**

Patricia A. Johnson
Chief Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Burkina Wear Inc.                     Plaintiff,

                                            7   cv  3610      (rws )

        - against -
                                       Defendant.        **ORDER FOR ADMISSION**
Campagnolo S.R.L                                          **PRO HAC VICE**
                                                          **ON WRITTEN MOTION**

Upon the motion of  Matthew C. Wagner    attorney for  Campagnolo S.R.L

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Applicant's Name:   John Joseph O' Malley

        Firm Name:          Volpe and Koenig P.C

        Address:            United Plaza, Suite 16, 30 South 17th Street

        City/State/Zip:     Philadelphia, PA 19103

        Telephone/Fax:      (215) 568-6400

        Email Address:      JOMalley@volpe-koenig.com

is admitted to practice pro hac vice as counsel for   Campagnolo S.R.L              in the above
captioned case in the United States District Court for the Southern District of New York. All attorneys
appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated:
City, State:

                                    _____
                                    United States District/Magistrate Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BURKINA WEAR, INC. | : | |
| | : | |
| | : | 07 cv 3610 (HP) (RWS) |
| Plaintiff, | : | |
| | : | CERTIFICATE OF SERVICE |
| v. | : | |
| | : | |
| CAMPAGNOLO S.R.L. | : | |
| | : | |
| Defendant. | : | |

I, Sandra V. Espinoza, do hereby certify that I caused a true copy of Pro Hac Vice Admission for John O' Malley and Anthony S. Volpe to be served upon the following in the following form:

Frank A. Mazzeo, Esquire
Frank A. Mazzeo, P.C.
Suite 200
808 Bethlehem Pike
Colmar, PA 18915
By first class mail only

Carmen S. Giordano, Esquire
225 Broadway, 40th Floor
New York, NY 10007
carmen@csgiordano.com
By email and first class mail

So certified on this 23rd day of October, 2007.

Sandra V. Espinoza