(Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Burkina Wear Inc.        Plaintiff,

                                          7   cv   3610    (rws )

- against -

Campagnolo S.R.L         Defendant.       **ORDER FOR ADMISSION
                                          PRO HAC VICE
                                          ON WRITTEN MOTION**

Upon the motion of  Matthew C. Wagner   attorney for  Campagnolo S.R.L.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Anthony S. Volpe |
| Firm Name: | Volpe and Koenig P.C |
| Address: | United Plaza, Suite 16, 30 South 17th Street |
| City/State/Zip: | Philadelphia, PA 19103 |
| Telephone/Fax: | (215) 568-6400 / (215) 568-6499 |
| Email Address: | AVolpe@volpe-koenig.com |



is admitted to practice pro hac vice as counsel for  Campagnolo S.R.L.   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

11-20-07