UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Burkina Wear, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Campagnolo, S.R.L., <br><br> Defendant. | Civ. No. 07 cv 3610 (RWS) (HP) |

**MOTION ON CONSENT FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure Defendant Campagnolo, S.R.L. ("Defendant"), with consent of Plaintiff hereby respectfully moves the Court for a one-week extension of time to Answer the Complaint.

On April 9, 2008 the Court entered an Order denying Defendant's motion to dismiss. [D.E. 24]. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendant's Answer to the Complaint is due on or before April 23, 2008. Defendant hereby seeks a one-week extension of this deadline in order to consult with its client and prepare a response to the Complaint.

Counsel for Plaintiff has consented to this request. This is the first request for an extension of this deadline, and this extension will not affect any other deadlines in this matter, and is not being filed for any improper purpose.



Dated: April 23, 2008

                                            Respectfully Submitted,

                                By: /s/ Jeffrey A. Lindenbaum
                                  Jeffrey A. Lindenbaum (JL 1971)
                                  Matthew C. Wagner (MW 9432)
                                  COLLEN *IP*
                                  The Holyoke Manhattan Building
                                  80 South Highland Avenue
                                  Ossining, New York 10562
                                  Tel: (914) 941-5668
                                  Fax: (914) 941-6091
                                  jlindenbaum@collenip.com

                                  John J. O'Malley, Esq.
                                  Volpe and Koenig, P.C
                                  United Plaza, Suite 1600
                                  30 South 17th Street
                                  Philadelphia, PA 19103
                                  Tel: (215) 568-6400
                                  Fax: (215) 568-6499
                                  E-mail: jomalley@volpe-koenig.com

                                  *Attorneys for Defendant*

******************************************************************************

The deadline for Defendant to file an Answer to the Complaint is hereby extended until **April 30, 2008**.

                                                SO ORDERED:

                                                Robert W. Sweet, U.S.D.J.

Dated: 4-24, 2008

2

CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2008 I electronically filed the foregoing Motion for Extension of Time to Answer with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Carmen S. Giordano, Esquire
Law Office of Carmen S. Giordano
225 Broadway, 40th Floor
New York, NY 10007
Tele: 212-406-9466
Fax: 212-406-9410
E-Mail: carmen@csgiordano.com


   /s Jeffrey A. Lindenbaum