IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BURKINA WEAR, INC.,

       Plaintiff,

   v.

CAMPAGNOLO S.R.L.

       Defendant.

07 cv 3610 (HP) (RWS)

AMENDED SCHEDULING ORDER

1. All fact and expert discovery shall be served, noticed and completed by October 15, 2008.

2. The number of interrogatories shall be governed by the Fed. R. Civ. P. 33(a).

3. The number of depositions will be governed by Fed. R. Civ. P. 30.

4. The parties shall identify experts, if any, in accordance with Fed. R. Civ. P. 26(a)(2)(B), on or before **July 24, 2008**.

5. Parties shall serve reports of expert witnesses with respect to issues on which they have the burden of proof on or before **September 30, 2008**.

6. Parties shall serve any responsive expert reports on or before **October 15, 2008**.

7. All dispositive motions shall be filed on or before **November 21, 2008**.

8. The case will be ready for trial in December 2008.

SO ORDERED this ___ day of _April_, 2008.

_____
Hon. Robert W. Sweet, USDJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08