# EXHIBIT A



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 31, 2005

THE ATTACHED U.S. TRADEMARK REGISTRATION *983,176* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *May 07, 1974*
*2nd* RENEWAL FOR A TERM OF *10* YEARS FROM  *May 07, 2004*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:

*CAMPAGNOLO S.R.L.*
*AN ITALY CORP*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E. BORNETT
Certifying Officer



Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 983,176
Registered May 7, 1974
Renewal Term Begins May 7, 1994

## TRADEMARK
## PRINCIPAL REGISTER

### CAMPAGNOLO

CAMPAGNOLO S.R.L. (ITALY CORPORATION)
VIA DELLA CHIMICA 4
36100 VICENZA, ITALY, BY ASSIGNMENT AND CHANGE OF NAME FROM CAMPAGNOLO, TULLIO (ITALY CITIZEN) 36100 VICENZA, ITALY

OWNER OF ITALY REG. NO. 111273, DATED 4-16-1953.

FOR: BICYCLES AND PARTS, IN CLASS 19 (INT. CL. 12).

SER. NO. 72-379,032, FILED 12-18-1970.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 4, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

August 31, 2005

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,184,682* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   *January 05, 1982*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *January 05, 2002*
SECTION 8
SAID RECORDS SHOW TITLE TO BE IN:

   *CAMPAGNOLOG S.R.L.*
   *AN ITALY CORP*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

E. BORNETT
**Certifying Officer**

Int. Cls.: **14, 16, 20, 25, 26 and 28**

Prior U.S. Cls.: **22, 28, 37, 38, 39, 40 and 50**

**United States Patent and Trademark Office**

Reg. No. **1,184,682**
Registered **Jan. 5, 1982**

## TRADEMARK
### Principal Register



Tullio Campagnolo (Italy citizen)
Corso Padova 168
Vicenza, Italy 36100

For: ARTIFICIAL JEWELRY, BEING OF NONPRECIOUS METALS—NAMELY, PENDANTS, AND MEDALLIONS ADAPTABLE FOR USE ON CHAINS OR BELT BUCKLES, in CLASS 14 (U.S. Cl. 28).

For: CATALOGS; GRAPHIC ART IN THE FORM OF POSTERS, AND POSTCARDS, PENS, PENCILS AND ERASERS, in CLASS 16 (U.S. Cls. 37 and 38).

For: ORNAMENTAL LAPEL BADGES OF NONPRECIOUS METAL, in CLASS 20 (U.S. Cl. 50).

For: SHIRTS, T-SHIRTS, SWEATERS, SHORTS, SOCKS, CAPS AND BELTS FOR MEN, WOMEN AND CHILDREN, in CLASS 25 (U.S. Cl. 39).

For: BROOCHES, TIEPINS, BELT BUCKLES AND STICKPINS; AND CLASPS, BUTTONS AND HOOKS AS CLOTHING CLOSURES, in CLASS 26 (U.S. Cls. 28 and 40).

For: TENNIS RACKETS, in CLASS 28 (U.S. Cl. 22).

Owner of Italy Reg. No. 303,863, dated Apr. 12, 1976, expires Apr. 12, 1996.

Ser. No. 211,103, filed Apr. 9, 1979.

HENRY S. ZAK, Primary Examiner



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**August 31, 2005**

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,941,994* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *December 19, 1995*
*SECTION 8 & 15*
*LESS GOODS*
SAID RECORDS SHOW TITLE TO BE IN:
   *Registrant*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

E. BORNETT
**Certifying Officer**

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

Reg. No. 1,941,994

**United States Patent and Trademark Office**  Registered Dec. 19, 1995

## TRADEMARK
### PRINCIPAL REGISTER



CAMPAGNOLO S.R.L. (ITALY LIMITED LIABILITY COMPANY)
VIA DELLA CHIMICA 4
36100 VICENZA, ITALY

FOR: WHEELS AND RIMS FOR AUTOMOBILES AND MOTORCYCLES; BICYCLES AND BICYCLE PARTS, NAMELY BICYCLE FRAMES, TUBES AND CONNECTORS FOR BICYCLE FRAMES; BICYCLE WHEELS; RIMS AND SPOKES FOR BICYCLE WHEELS; PEDALS; HUBS; QUICK RELEASE LEVERS FOR HUBS AND HUBS WITH QUICK RELEASE LEVERS FOR BICYCLE WHEELS; CHANGE-SPEED GEARS AND FRONT CHANGERS; CRANKS; SIMPLE AND MULTIPLE GEAR WHEELS; CRANKS WITH GEAR WHEELS; GEARS; FREE WHEELS; DRIVE CHAINS; BRAKES; DRIVING AND CONTROL MEANS FOR CHANGE-SPEED GEARS; FRONT CHANGERS AND BRAKES; CABLE GUIDES; KNOBS AND CONTROL LEVERS; PILLARS AND SADDLES; PUMPS AND PUMP BEARINGS; PINS AND BEARINGS FOR CRANKS AND PEDALS; STEERING KNUCKLES AND BEARINGS AND BUSHES THEREOF; FRONT AND BACK FORKS; CABLES AND SHEATHERS; FASTENING CLIPS; HANDLEBARS AND HANDLE-BAR CONNECTIONS; TIRES AND TUBULAR TIRES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 0-0-1953; IN COMMERCE 0-0-1970.

OWNER OF U.S. REG. NO. 983,176.

SEC. 2(F).

SER. NO. 74-445,893, FILED 10-12-1993.

RAUL CORDOVA, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 31, 2005

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,266,421* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *August 03, 1999*
SAID RECORDS SHOW TITLE TO BE IN: *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E. BORNETT
Certifying Officer

Int. Cl.: 4

Prior U.S. Cls.: 1, 6 and 15

**United States Patent and Trademark Office**

Reg. No. 2,266,421
Registered Aug. 3, 1999

## TRADEMARK
### PRINCIPAL REGISTER



CAMPAGNOLO S.R.L. (ITALY LIMITED LIABILITY COMPANY)
VIA DELLA CHIMICA 4
36100 VICENZA, ITALY

FOR: INDUSTRIAL OILS AND GREASES; LUBRICANTS FOR ALL-PURPOSE, INDUSTRIAL MACHINERY, AND BICYCLE USE, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 0-0-1985; IN COMMERCE 0-0-1993.

OWNER OF ITALY REG. NO. 449986, DATED 9-29-1986, EXPIRES 9-29-2006.

OWNER OF U.S. REG. NOS. 983,176, 1,184,682, AND 1,941,994.

SER. NO. 75-399,261, FILED 12-3-1997.

WILLIAM JACKSON, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 31, 2005

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,622,768* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *September 24, 2002*
SAID RECORDS SHOW TITLE TO BE IN: *Registrant*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

N. WILLIAMS
**Certifying Officer**

Int. Cls.: **8, 9 and 25**

Prior U.S. Cls.: **21, 22, 23, 26, 28, 36, 38, 39 and 44**

Reg. No. 2,622,768

United States Patent and Trademark Office   Registered Sep. 24, 2002

## TRADEMARK
### PRINCIPAL REGISTER

*Campagnolo*

CAMPAGNOLO SRL (ITALY CORPORATION)
VIA DELLA CHIMICA 4
36100 VICENZA, ITALY

FOR: HAND OPERATED TOOLS FOR USE IN ASSEMBLING, DISASSEMBLING, ADJUSTMENT AND CALIBRATION OF BICYCLES, NAMELY HAND OPERATED CUTTERS FOR FITTING CUP SEATS BOTTOM, CUPS TOP CONE HEADSETS AND FORK THREADS, TOOL FOR INSTALLING FORK CONE, HAND OPERATED MILLING TOOLS FOR MILLING STEERING TUBES AND FORK BOTTOM CONE SEATS, HAND OPERATED THREADING DIES AND THREADING GUIDES FOR THREADING COMPONENTS OF HEADSETS AND BOTTOM BRACKETS, SCREW TAPS, DOUBLE TAPS, TAPS FOR RECUTTING REAR DROP-OUT THREADS AND FOR SETTING SCREWS, TAPS FOR RECUTTING SHIFTING LEVER AND BOTTLE CAGE THREADS, RAZORS, LOCK RING REMOVERS, TAPS FOR RECUTTING REAR DROP OUT THREADS, HAND OPERATED PUNCHES, NAMELY PUNCH FOR INSTALLING FORK CONE, SPACERS FOR CHECKING FORK CONE SEAT AND CONE AND CUP SEATS, HAND OPERATED FORK COLUMN DIE AND DIE HOLDER, HEAD SET CROWN RACE REMOVER, HAND OPERATED TOOL FOR THREADING BOTTOM BRACKET HOUSING, HAND OPERATED INNER AND OUTER THREAD GUIDE, HAND OPERATED BOTTOM BRACKET FACING SET COMPRISED OF CUTTERS AND THREAD GUIDE, HAND OPERATED TOOL FOR MILLING AND PUNCHING UPPER CONE AND LOWER CUP, HAND OPERATED TOOL FOR ADJUSTMENT OF BOTTOM BRACKET CUP AND HEAD SET, HAND-OPERATED TOOL FOR ADJUSTING BOTTOM BRACKET, HAND OPERATED SPANNERS FOR ADJUSTING BOTTOM BRACKET RIGHT-HAND CUP AND INSTALLING PEDALS, FOR ADJUSTING CARTRIDGE BOTTOM BRACKET, FOR ADJUSTING HAND SETS AND BOTTOM BRACKET COUNTER RINGS, FOR ADJUSTING BOTTOM BRACKET LEFT HAND CUP, FOR ADJUSTING CHAIN RING RETAINING NUTS, FOR ADJUSTING CRANK BELTS, FOR ADJUSTING BRAKES AND HUB CONES, AND FOR ADJUSTING SPROCKETS, HAND-OPERATED TWO PIECE DROP OUT ALIGNMENT SETS COMPRISED OF CALIBRATION AND ALIGNMENT ADJUSTMENT TOOLS, REAR DERAILLEUR HANGER ALIGNMENT TOOLS, ALLEN-HEAD KEYS, HAND-OPERATED EXTRACTOR FOR CRANKS, HAND-OPERATED WRENCHES, WHEEL-TRUING TOOLS, FREEWHEEL-PAWL ASSEMBLING TOOL, HUB AXLE VISE, HAND OPERATED WHEEL DISHING TOOL, PLIERS, PINS FOR PLIERS FOR INSTALLING AND REMOVING CHAINS, KEY FOR THREAD GUIDES, STRAIGHT EDGE, HAND OPERATED TOOLS FOR ADJUSTING BOTTOM BRACKET LOCKRING AND HEAD SET AND BOTTOM BRACKET FIXED CUP AND PEDAL AXLE, BOTTOM BRACKET AND FREEWHEEL REMOVER, JIGS FOR FRAME PREPARATION, RACE REMOVER, SPACERS AND GAUGES FOR CHECKING FORK AND CONE SEATS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 12-31-1985; IN COMMERCE 12-31-1985.

FOR: PROTECTIVE HELMETS FOR CYCLISTS AND MOTORCYCLISTS, GOGGLES AS PROTECTIVE GLASSES FOR CYCLISTS, SPECTACLES, FRAMES AND CASES FOR SPECTACLES, COMPUTER HARDWARE FOR BICYCLES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-21-2000; IN COMMERCE 4-28-2000.

FOR: SPORT AND LEISURE WEAR, NAMELY JACKETS, WIND RESISTANT JACKETS, COATS,

RAINCOATS, SHIRTS, PLUSH SHIRTS, T-SHIRTS, SWEATSHIRTS, SWEATERS, PANTS, UNDERWEAR, SHORTS, JERSEYS, TRACK SUITS, SPORT UNIFORMS, SOCKS, GLOVES, SUITS, CAPS, HATS AND HEADWEAR, BELTS, SUSPENDERS, TIES, SWEAT BANDS, SCARVES, BATHING SUITS, BATH ROBES, SPORT SHOES, CYCLING SHOES, TENNIS SHOES, CLIMBING SHOES, GOLF SHOES, SKI BOOTS, BOOTS AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-2-1987; IN COMMERCE 2-2-1987.

OWNER OF ITALY REG. NO. 00615062, DATED 9-5-2000, EXPIRES 12-15-2003.

SER. NO. 75-851,701, FILED 11-17-1999.

JANICE L. MCMORROW, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 31, 2005

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,858,238* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *June 29, 2004*
SAID RECORDS SHOW TITLE TO BE IN: *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 2,858,238
Registered June 29, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## CAMPY

CAMPAGNOLO SRL (ITALY CORPORATION)
VIA DELLA CHIMICA 4
36100 VICENZA, ITALY

FOR: BICYCLES; BICYCLE PARTS, COMPONENTS AND ACCESSORIES, NAMELY, BICYCLE FRAMES, TUBES AND CONNECTORS FOR BICYCLE FRAMES, BICYCLE WHEELS, RIMS AND SPOKES FOR BICYCLE WHEELS, PEDALS, HUBS, WHEEL HUBS, WHEEL HUBS, NAMELY, QUICK-RELEASE SKEWERS CONTROLLED BY CAM LEVERS FOR FAST LOCKING SAME, CHANGE-SPEED GEARS AND FRONT CHANGERS, CRANKS, SIMPLE AND MULTIPLE GEAR WHEELS, CRANKS WITH GEAR WHEELS, GEARS, FREE WHEELS, DRIVE CHAINS, BRAKES, CABLE GUIDES, KNOBS, CONTROLS AND LEVERS, PILLARS AND SADDLES, PUMPS AND PUMP BEARINGS, PINS AND BEARINGS FOR CRANKS AND PEDALS, STEERING KNUCKLES AND BEARINGS AND BUSHINGS THEREOF, FRONT AND BACK FORKS, CABLES AND SHEATHES, PEDAL CLIPS, HANDLE-BARS AND HANDLE-BAR CONNECTIONS, TIRES AND TUBULAR TIRES, ALL THE AFORECITED GOODS FOR BICYCLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-21-2004; IN COMMERCE 1-21-2004.

SN 75-982,586, FILED 5-24-2000.

BARBARA GAYNOR, EXAMINING ATTORNEY