# EXHIBIT B
# PART 1

# EXHIBIT B
# PART 1



# 2005 SPRING SUMMER
# CYCLING APPAREL COLLECTION

11 - *NEXT* SERIES MAN

19 - *RAYTECH* SERIES MAN

27 - *RACING* SERIES MAN

35 - *WOMAN PECIFIC*

41 - *MULTI SEASON SYSTEM*

51 - *TEXTILES*

53 - *WARRANTY*



CAMPAGNOLO
ORIGINAL PRODUCT

Solamente i prodotti a marchio *Campagnolo* sono gli originali sviluppati da Campagnolo Vicenza selezionando le migliori materie prime ed i più avanzati processi produttivi.

Only the items with *Campagnolo* logo are the original ones produced by Campagnolo Vicenza selecting the best technical textiles and most advanced production process.




# TEXTRAN®

TEXTRAN® è il risultato di un'innovativa tecnologia che permette di realizzare un materiale traspirante contemporaneamente antivento ed impermeabile, senza rinunciare al comfort della vestibilità bielastica. Questo materiale innovativo, frutto della nostra esclusiva ricerca, è disponibile in due versioni:

*TEXTRAN® is produced with state of the art technology for transpiring textile. The result is a double stretch waterproof and windproof material that guarantees the highest comfort.*
*This innovative material, result of our exclusive research, is available in two different versions:*

 

Light TEXTRAN® per i capi estivi

*Light TEXTRAN® for summer garments*

  

Thermo TEXTRAN® per i capi invernali

*Thermo TEXTRAN® for winter garments*



TEXTRAN® è un marchio registrato in esclusiva per Campagnolo Cycling Apparel

*TEXTRAN® is a registered trademark of Campagnolo Cycling Apparel*

1. Impermeabile
   *Waterproof*
2. Antivento
   *Windproof*
3. Traspirante
   *Transpiring*
4. Bielastico
   (elasticità bidirezionale per capi spalla)
   *Double stretch*
   *(Single Stretch for jackets and vests)*



# Enhanced Pad Project (EPP)

1. Tre differenti spessori per un maggiore comfort nella zona ischiatica.
2. Estremità concava per una maggiore libertà di movimento e di areazione.
3. Assenza di cuciture centrali.
4. Realizzato con tecnologia ad alta frequenza.
5. Trattamento igienico permanente.
6. Superficie con micropori per una veloce evaporazione.



**VERSIONE UOMO**
MAN MODEL



**VERSIONE DONNA**
WOMAN MODEL

1. *Three different layer construction.*
2. *Concave lower end for more freedom of movement and air ventilation.*
3. *No central seam.*
4. *Made with high frequency technology.*
5. *Permanent hygienic treatment.*
6. *External microfiber with excellent moisture vapour transportation.*

# C·P·S
## Campagnolo Pad System



Fondello senza cuciture termoapplicato con imbottitura termoregolatrice

*Seamless pad with thermoregulating foam*




La speciale schiuma termoregolatrice rinfresca ed aumenta il comfort

*Thermoregulating micro capsules that cool by absorbing excess body heat*




Antibatterico permanente a base di fili d'argento

*Permanent antibacterial made with silver*




Altissima estendibilità, versatilità anatomica e comodità

*Highly stretchable in lenghway and crossway, anatomical fit and optimal breathability*