# EXHIBIT B
# PART 2

# EXHIBIT B
# PART 2



NEXT SERIES MAN





**Bacteria population growth curves on fabric in skin contact**

0  1 hrs  2 hrs  3 hrs  4 hrs  5 hrs

Natural skin level

— No Treatment
— Meryl® Skinlife
— Bactericide

Performance che nascono dalla microfibra Meryl® Skinlife. Le sue particelle di argento ostacolano lo sviluppo dei batteri, mantenendo l'equilibrio biologico della pelle e riducendo i cattivi odori.

*Special performance thanks to Meryl® Skinlife microfibre. Inherent silver particles inhibit bacterial growth, maintain the biological balance of the skin and reduce unpleasant odours.*

Tecnica fotografica esclusiva

*Reflective photographic imaging*



Zip con tiretto autobloccante

*Ziplock locking zipper*



Fondello EPP 4Ways estendibile

*Stretchable 4Ways EPP 3 layer chamois*



## C331 NEW

NEXT
Light Txn
Jacket



## C355 NEW

NEXT Retro
Full Zip
Jersey



Giacca in Light Textran antivento traspirante ed elastico. Retro in maglia. Tre tasche posteriori. Logo rifrangente.

*Jacket made with Light Textran. Breathable, stretchable, windproof fabric. Back made with jersey fabric. Three rear pockets. Reflective Campagnolo logo.*

**S - XXL**



BLACK    FIRE    LAKE    SUN

 

Maglia maniche corte. Zip divisibile con tiretto autobloccante. Elastico fondo con grip. Tripla tasca posteriore. Logo rifrangente.

*Short sleeve jersey. Full zip with locking zipper. Bottom with grip. Three rear pockets. Reflective Campagnolo logo.*

**S - XXL**

   

BLACK    FIRE    LAKE    SUN



## C354 NEW

NEXT Retro
3/4 Zip
Jersey



## C353 NEW

NEXT Retro
Sleeveless
Jersey



Maglia maniche corte. Zip corta con tiretto autobloccante. Elastico fondo con grip. Tripla tasca posteriore. Logo rifrangente.

*Short sleeve jersey. Short zip with locking zipper. Bottom with grip. Three rear pockets. Reflective Campagnolo logo.*

**S - XXL**

Maglia senza maniche. Zip divisibile con tiretto autobloccante. Elastico fondo con grip. Tripla tasca posteriore. Logo rifrangente.

*Sleeveless jersey. Full zip with locking zipper. Bottom with grip. Three rear pockets. Reflective Campagnolo logo.*

**S - XXL**

   

BLACK   FIRE   LAKE   SUN

  

BLACK   FIRE   LAKE   SUN



**C335A**

NEXT
Full Zip
Jersey

**C334A**

NEXT
3/4 Zip Jersey





Maglia maniche corte in Skinlife®. Immagine con tecnica rifrangente esclusiva. Zip divisibile con tiretto autobloccante. Fondo elastico con grip. Tripla tasca posteriore.

*Short sleeve jersey with Skinlife®. Reflective photographic imaging. Full ziplock locking zipper. Bottom with grip. Triple back pocket.*

**S - XXL**

Maglia maniche corte in Skinlife®. Immagine con tecnica rifrangente esclusiva. Zip 3/4 con tiretto autobloccante. Fondo elastico con grip. Tripla tasca posteriore.

*Short sleeve jersey with Skinlife®. Reflective photographic imaging. 3/4 ziplock locking zipper. Bottom with grip. Triple back pocket.*

**S - XXL**

 

BLACK   FIRE   LAKE   SUN
W-BLACK  W-RED  W-BLU  W-LEMON

 

BLACK   FIRE   LAKE   SUN
W-BLACK  W-RED  W-BLU  W-LEMON



**C333A**

NEXT Sleeveless
Jersey

**C188**  (NEW)

NEXT
Legwarmer





Maglia senza maniche in Skinlife®. Immagine con tecnica rifrangente esclusiva. Zip 3/4 con tiretto autobloccante. Fondo elastico con grip. Tripla tasca posteriore.

*Sleeveless jersey with Skinlife®. Reflective photographic imaging. 3/4 zip with ziplock locking zipper. Bottom with grip. Triple back pocket.*

**S - XXL**

Gambale in cotone elasticizzato. Trattamento Teflon® superficiale che respinge l'acqua.

*Legwarmer made with stretchable cotton. Teflon® water repellency treatment.*

**UNICA** / *ONE SIZE*

    

BLACK   FIRE   LAKE   SUN

 

W-BLACK   W-RED   W-BLU   W-LEMON

**BLACK**





## C358  NEW

NEXT
Pants

## C359 NEW

NEXT Bib





Pantaloncino 6 pannelli. Fondello EPP 4Ways. Logo rifrangente. Fondo elastico con grip.

*Six panel shorts. 4Ways EPP 3 layer chamois. Reflective Logo. Bottom with grip.*

**S - XXL**

Salopette 6 pannelli. Fondello EPP 4Ways. Logo rifrangente. Fondo elastico con grip.

*Six panel bib. 4Ways EPP 3 layer chamois. Reflective Logo. Bottom with grip.*

**S - XXL**

**BLACK**



**BLACK**



## C190

NEXT
Armwarmer



Manicotto in cotone elasticizzato. Trattamento Teflon® superficiale che respinge l'acqua.

*Armwarmer made with stretchable cotton. Teflon® water repellency treatment.*

**M - L - XL**

**BLACK**

## C395

NEXT
Headband



Fascia in Lineltex®. Interno in spugna. Fettuccia posteriore rifrangente.

*Lineltex® headband. Absorbent terry cloth lining. Back reflective tape.*

**UNICA / ONE SIZE**

    

**BLACK    FIRE    LAKE    SUN**

## C232

NEXT
Overshoes



Copriscarpe in maglia termica. Trattamento Teflon® superficiale che respinge l'acqua.

*Overshoes made in thermo Microfiber fabric. Teflon® water repellency treatment.*

**S - XXL**

 

**BLACK    ROAD**

## C015

NEXT
Gloves



Guanti in Lineltex®. Spugna tergisudore. Grip più protezione laterale. Marchio rifrangente.

*Lineltex® gloves. Absorbent terry clothing. Grip + side protection. Reflective Logo.*

**S - XXL**

   

**BLACK    FIRE    LAKE    SUN**

C591

C555

C192

C097A

C099





Maglie in materiale alleggerito con protezione anti UV

*Lighter textile jerseys with UV protection*

Salopette e pantaloncini in Lycra® ad alta vestibilità per un migliore comfort

*Bibs and pants made with Lycra® for an optimal fit and a high comfort*

Fondello EPP con X-Static® a base di fili d'argento

*EPP 3 layer chamois with X-Static® silver fiber*





Prodotto naturale antiodore. Regola la temperatura. Sicuro e non tossico

*Naturally antimicrobial. Safely inhibits the growth of odour-causing bacteria and fungi. Thermodynamic properties*

RAYTECH SERIES MAN

**C591** NEW

RAYTECH Light
Txn Convertible
Jacket



Giacca in Light Textran. Retro in tessuto. Maniche removibili con zip. Tasca posteriore con zip. Etichette e fettucce "stradali" rifrangenti.

**S - XXL**

Light Textran jacket. Back made with jersey fabric. Zippered removable sleeves. Back pocket with zip. Reflective "roadlike" tapes and tags.

**S - XXL**



BLACK    RUBY    ZEPHIR    JADE    WHITE



**C134**  (NEW)

RAYTECH
Windshield

**C094**  (NEW)

RAYTECH Taped
Txn Jacket





Giacca antivento leggera. Fettuccia rifrangente posteriore "stradale". Tasca contenitrice con chiusura ad incastro.

*Light windshield jacket. Reflective "roadlike" back tapes. External waist bag with closure.*

**S - XXL**

Giacca impermeabile Light Textran traspirante ed elastico. Cuciture termonastrate. Cappuccio con Velcro. Tasca interna contenitrice con chiusura ad incastro. Etichette rifrangenti.

*Waterproof jacket made in Light Textran, breathable and stretchable fabric. Taped seams. Rainhood with velcro. External waist bag with closure. Reflective "roadlike" tapes and tags.*

**S - XXL**



RUBY    ZEPHIR    JADE

**GLASS**

TEXTRAN

**C590**  NEW

RAYTECH
Light
Txn Vest



**C555**  NEW

RAYTECH
Full Zip Jersey



Gilet con parte frontale antivento in Light Textran, traspirante ed elastico. Retro in rete. Tasca in rete con zip. Etichette e fettucce "stradali" rifrangenti.

*Vest with Ligth Textran front panel, windproof fabric, breathable and stretchable. Back mesh. Mesh back pocket with zip. Reflective "roadlike" tapes and tags.*

**S - XXL**

Maglia a maniche corte con materiale anti UV. Zip divisibile. Inserti in rete. Cuciture a contrasto. Etichette e fettucce "stradali" rifrangenti.

*UV protection short sleeve jersey. Full zip. Mesh inserts. Contrasting stitchings. Reflective "roadlike" tapes and tags.*

**S - XXL**

    
BLACK   RUBY   ZEPHIR   JADE   WHITE

    
RUBY   ZEPHIR   JADE   WHITE   WHITE   WHITE
                                JADE    RUBY    ZEPHIR




Rayoson

**C544**  (NEW)

RAYTECH
3/4 Zip Jersey

**C533**  (NEW)

RAYTECH
Sleeveless Jersey




Maglia a maniche corte con materiale anti UV. 3/4 zip. Inserti in rete. Cuciture a contrasto. Etichette e fettucce "stradali" rifrangenti.

*UV protection short sleeve jersey. 3/4 zip. Mesh inserts. Contrasting stitchings. Reflective "roadlike" tapes and tags.*

**S - XXL**

Maglia senza maniche con materiale anti UV. Zip 3/4. Inserti in rete. Cuciture a contrasto. Etichette e fettucce "stradali" rifrangenti.

*UV protection sleeveless jersey. Full zip. Mesh inserts. Contrasting stitchings. Reflective "roadlike" tapes and tags.*

**S - XXL**

     

RUBY　ZEPHIR　JADE　WHITE JADE　WHITE RUBY　WHITE ZEPHIR

      

RUBY　ZEPHIR　JADE　WHITE JADE　WHITE RUBY　WHITE ZEPHIR




Rayosan

Rayosan

RAYTECH SERIES MAN



## C193  NEW

RAYTECH
Bib



## C192  NEW

RAYTECH
Shorts



Salopette con cuciture a contrasto. Inserto posteriore in rete. Etichette e fettucce "stradali" rifrangenti. Fondello EPP con X-Static®.

*Bib with contrasting stitchings. Back net mesh. Campagnolo reflective tag. EPP 3 layer chamois with X-Static®. Reflective "roadlike" tapes and tags.*

**S - XXL**

Pantaloncino con cuciture in contrasto. Elastico in vita con coulisse. Etichette e fettucce "stradali" rifrangenti. Fondello EPP con X-Static®.

*Shorts with contrasting stitchings. Internal draw-cord. EPP 3 layer chamois with X-Static®. Reflective "roadlike" tapes and tags.*

**S - XXL**

    
BLACK   RUBY   ZEPHIR   JADE

    
BLACK   RUBY   ZEPHIR   JADE

  
B-WHITE  W-BLACK  W-JADE  W-RUBY  W-ZEPHIR

 
B-WHITE  W-BLACK  W-JADE  W-RUBY  W-ZEPHIR