# EXHIBIT B
# PART 3

# EXHIBIT B
# PART 3

## C096A

RAYTECH
Legwarmer



Gambali in Lycra®. Cuciture piatte. Fettucce stradali rifrangenti.

*Legwarmer with Lycra®. Flat stitchings. Reflective tapes.*

**S-XXL**

**BLACK**



## C097A

RAYTECH
Armwarmer



Manicotti in Lycra®. Cuciture piatte. Logo rifrangente.

*Armwarmer with Lycra®. Flat stitchings. Reflective logo.*

**S-XXL**

**BLACK**



## C099

RAYTECH
Legwarmer



Guanto in Lycra® con inserti in rete. Spugna tergisudore. Grip + Protezione laterale. Etichetta cucita rifrangente.

*Lycra® gloves with net mesh. Absorbing side terry. Grip + side protection. Reflective Campagnolo tag.*

**S-XXL**




**BLACK   RUBY   ZEPHIR   JADE**



## C189

RAYTECH
Overshoes



Copriscarpe in Light Textran. Etichette e fettuccia posteriore rifrangenti.

*Overshoes with Light Textran. Reflective tapes and tags.*

**S-XXL**

**BLACK**



RAYTECH SERIES MAN

25

C607

C601

C604

C608

C611

RACING SERIES MAN

# HYDROfit





Salopette e pantaloncini in Lycra reticolare Moovix®, elastico traspirante e antibatterico

*Bibs and pants made with Moovix® honeycombed Lycra, breathable, stretchable and antibacterial*

Maglie in Hydrofit®, morbido e resistente. Trasporto ottimale dell'umidità verso l'esterno

*Jerseys made with soft and resistant Hydrofit®. Fast wicking transport towards the outside*

Fondello termoapplicato senza cuciture con imbottitura termoregolatrice

*Seamless thermoapplied pad with thermoregulating foam inside*

COOL PAD FUSION





Fondello con speciale schiuma regolatrice che rinfresca ed aumenta il comfort

*Pad with thermoregulating microcapsules that cool by absorbing excess body heat*

## C607 (NEW)

RACING
Light
Txn Jacket

## C606 (NEW)

RACING
Light
Txn Vest





Giacca in Light Textran antivento traspirante ed elastico. Flap interna. Elastico in silicone con marchio Campagnolo. Chiusura maniche con velcro. Tre tasche posteriori. Piping elastico e rifrangente. Copri zip per collo. Taschino su manica e protezioni senza cuciture su gomiti.

*Jacket made in Light Textran windproof fabric, breathable and stretchable. Internal flap. Bottom with Campagnolo silicone gripper. Velcro sleeve closure. Three rear pockets. Stretchable and reflecting piping. Zip with neck protection. Seamless pocket on left arm. Seamless protection on elbow.*

**S - XXL**



RACING   CARBON   PLATINUM

3M Scotchlite™  TEXTRAN

Gilet in Light Textran antivento traspirante ed elastico. Flap interna. Elastico in silicone con marchio Campagnolo. Chiusura maniche con coulisse e ministopper. Tre tasche posteriori. Piping elastico e rifrangente. Copri zip per collo.

*Vest made in Light Textran windproof fabric, breathable and stretchable. Internal flap. Bottom with Campagnolo silicone gripper. Drawcord sleeve closure with ministopper. Three rear pockets. Stretchable and reflecting piping. Zip with neck protection.*

**S - XXL**

  

RACING   CARBON   PLATINUM

3M Scotchlite™  TEXTRAN

  

**C600** (NEW)

RACING
Full Zip
Jersey



**C601** (NEW)

RACING
3/4 Zip
Jersey



Maglia con trattamento per l'evaporazione istantanea dell'umidità. Zip divisibile invisibile con tiretto personalizzato. Elastico in silicone con marchio Campagnolo. Rete di ventilazione. Piping elastico e rifrangente.

*Jersey with instantaneous moisture evaporation. Full invisible zip with customized pull. Bottom with Campagnolo silicone elastic. Mesh vented. Stretching and reflecting piping.*

**S - XXL**

  

CARBON   RACING   PLATINUM

 

Maglia con trattamento per l' evaporazione istantanea dell'umidità. Zip 3/4 invisibile con tiretto personalizzato. Elastico in silicone con marchio Campagnolo. Rete di ventilazione. Piping elastico e rifrangente.

*Jersey with instantaneous moisture evaporation. 3/4 invisible zip with customized pull. Bottom with Campagnolo silicone elastic. Mesh vented. Stretching and reflecting piping.*

**S - XXL**

  

RACING   CARBON   PLATINUM

 

**C603** NEW

RACING
Sleeveless
Jersey

**C602** NEW

RACING
Body




Maglia senza maniche con trattamento per l'evaporazione istantanea dell'umidità. Zip divisibile invisibile con tiretto personalizzato. Elastico in silicone con marchio Campagnolo. Rete di ventilazione. Piping elastico e rifrangente.

*Sleeveless jersey with instantaneous moisture evaporation. Full invisible zip with customized pull. Bottom with Campagnolo silicone elastic. Mesh vented. Stretching and reflecting piping.*

**S - XXL**

Body in Lycra reticolare Moovix®. 3/4 zip. Inserti in rete bielastica. Fondo elastico in silicone personalizzato. Fondello senza cuciture EPP in Cool Pad Fusion. Doppia tasca posteriore. Marchio rifrangente posteriore.

*Body made with Moovix® honeycombed Lycra. 3/4 zip. Double stretchable mesh inserts. Silicone Campagnolo gripper. EPP 3 layer chamois with Cool Pad Fusion. Double back pocket. Back reflective Campagnolo logo.*

**S - XXL**

  
CARBON    RACING    PLATINUM


 

 
RACING    CARBON    PLATINUM


  



**C604** (NEW)

RACING
Bib



**C605** (NEW)

RACING
Pants



Salopette in Lycra reticolare Moovix®. Inserti in rete bielastica. Marchio rifrangente posteriore. Fondo elastico in silicone personalizzato. Fondello EPP in Cool Pad. Doppia tasca posteriore.

*Bib made with Moovix® honeycombed Lycra. Double stretchable mesh inserts. Back reflective logo. Silicone Campagnolo gripper. EPP 3 layer chamois with Cool Pad. Double back pocket.*

**S - XXL**

Pantaloncino in Lycra reticolare Moovix®. Marchio rifrangente posteriore. Fondo elastico in silicone personalizzato. Fondello EPP in Cool Pad. Taschino interno.

*Shorts made with Moovix® honeycombed Lycra. Back reflective logo. Silicone Campagnolo gripper. EPP 3 layer chamois with Cool Pad. Double back pocket.*

**S - XXL**



RACING   CARBON   PLATINUM



RACING   CARBON   PLATINUM

  

 

## C610 NEW

RACING
Armwarmer



## C611 NEW

RACING
Legwarmer



Manicotto in Lycra reticolare Moovix®. Cuciture piatte a contrasto. Protezione gomito senza cuciture. Elastico in silicone personalizzato.

*Armwarmer made with Moovix® honeycomb Lycra. Flat and contrasting stitchings. Elbow protection without seams. Campagnolo silicone elastic.*

**S - XXL**

Gambale in Lycra reticolare Moovix®. Cuciture piatte a contrasto. Protezione ginocchio senza cuciture. Elastico in silicone personalizzato.

*Legwarmer made with Moovix® honeycomb Lycra. Flat and contrasting stitchings. Knees protection without seams. Campagnolo silicone elastic.*

**S - XXL**



RACING    CARBON    PLATINUM





RACING    CARBON    PLATINUM



## C608 (NEW)

RACING
Gloves

## C011A

RACING
Gloves



Guanti in PCM®. Schiuma termoregolatrice. Grip traspirante con logo Campagnolo. Palmo termoformato ad alta frequenza.

*Gloves with PCM®. Thermoregulating foam inside. Breathable grip with Campagnolo Logo. High frequency palm.*

S - XXL

  

RACING    CARBON    PLATINUM

  



## C184A

RACING
Overshoes



Guanto in Lycra reticolare Moovix®. Inserto in rete bielastica. Piping rifrangente. Grip e rinforzo in silicone. Linguette per estrazione rapida, imbottitura palmo in gel

*Glove made with Moovix® honeycomb Lycra. Double stretchable mesh. Reflective and stretchable piping. Silicon palm protection and gripper. Strips for a faster drawing.*

S - XXL

Coprisarpe in Lycra reticolare Moovix®. Inserto e piping rifrangente ed elastico. Rinforzo in Kevlar®.

*Overshoes made with Moovix® honeycombed Lycra. Stretchable and reflective piping. Reinforced with Kevlar®.*

S - XXL

  

RACING    CARBON    PLATINUM

 

CARBON

 









Body, pantaloncini e salopette in Lycra Meryl®, asciuga rapidamente, leggero e resistente

*Bodies, bibs and pants made with Lycra Meryl®, light and resistant. Dries quickly*

WOMANSPECIFIC

Maglie in materiale anti UV

*UV-protection jerseys*

Fondello EPP 4Ways estendibile

*4Ways EPP 3 layer streatchable chamois*





## C160A (NEW)

WOMAN
Specific
Jacket



## C172A (NEW)

WOMAN
Specific
Full Zip Jersey



Giacca in Nylon idrorepellente e traspirante con Meryl®. Piping rifrangente.

*Jacket made of breathable water repellent Meryl® Nylon. Reflective piping.*

**XS - XL**

Maglia maniche corte in materiale anti UV. Cerniera divisibile. Piping rifrangente. Inserti bielastici. Doppia tasca posteriore.

*UV protecion short sleeve jersey. Full zip. Reflective piping. Double stretchable mesh. Double back pocket.*

**XS - XL**



WHITE MANGO   WHITE LIME

 


3M Scotchlite™



WHITE MANGO


BLACK MANGO


WHITE LIME

BLACK LIME



## C162A NEW

WOMAN Specific
3/4 Zip Jersey

## C163A NEW

WOMAN Specific
Sleeveless Jersey





Maglia in materiale anti UV. Piping rifrangente. Inserti bielastici. Doppia tasca posteriore. Zip 3/4.

*UV protecion jersey. Reflective piping. Double stretchable mesh. Double back pocket. 3/4 zip.*

**XS - XL**

Canotta in Lycra® con microfibra. Piping rifrangente. Inserti bielastici.

*Lycra® sleeveless microfiber jersey. Reflective piping. Double stretchable mesh.*

**XS - XL**



 

WHITE MANGO     WHITE LIME



BLACK MANGO    BLACK LIME



  

WHITE MANGO    WHITE LIME



BLACK MANGO    BLACK LIME

## C165A (NEW)

WOMAN
Specific
Body

## C177A (NEW)

WOMAN
Specific
Knicker





Body in Lycra® con microfibra. Piping rifrangente. Inserti elastici. Doppio taschino posteriore. Fondello EPP 4Ways.

Lycra® body with microfiber. Reflective piping. Double stretchable net mesh. Double back pocket. 4ways EPP 3 layer chamois.

XS - XL

Pantalone 3/4 in Lycra® con microfibra. Piping rifrangente. Inserti bielastici. Taschino laterale. Fondello EPP 4Ways.

Lycra® knicker with microfiber. Reflective piping. Double stretchable net mesh. Side pocket. 4Ways EPP 3 layer chamois.

XS - XL


MANGO  LIME  BLACK


3M Scotchlite™


MANGO  LIME  BLACK


3M Scotchlite™









### C066A (NEW)

WOMAN Specific Pants



Pantaloncino in Lycra® con microfibra, cuciture piatte. Taschino e coulisse interni. Elastico in silicone con marchio Campagnolo. Fondello anatomico EPP 4Ways.

*Lycra® pants with microfiber and flat stitching. Internal drawcord and pocket. Bottom with Campagnolo silicone elastic. Anatomical pad EPP 4Ways*

**XS - XL**

  

MANGO   LIME   BLACK

   

### C066B

WOMAN Specific Shorts



Pantaloncino corto in Lycra® con microfibra, cuciture piatte. Taschino e coulisse interni. Elastico in silicone con marchio Campagnolo. Fondello anatomico EPP 4Ways.

*Lycra® shorts with microfiber and flat stitching. Internal drawcord and pocket. Bottom with Campagnolo silicone elastic. Anatomical pad EPP 4Ways*

**XS - XL**

  

MANGO   LIME   BLACK

    

### C164

WOMAN Specific Headband



Fascetta in maglia elasticizzata.

Headband made in stretchable fabric.

**UNICA / ONE SIZE**

  

BLACK  BLACK  WHITE  WHITE
MANGO  LIME   MANGO  LIME

### C068A

WOMAN Specific Gloves



Guanto in rete. Spugna tergisudore.
Grip + protezione laterale.

*Gloves made with net. Absorbing side terry. Grip + side protection.*

**XS - XL**

    

MANGO   LIME   BLACK

C227

C138

C029

C123