# EXHIBIT B
# PART 4

EXHIBIT B
PART 4



Maglie e calze in X-Static®

*Jerseys and socks made with X-Static® silver fiber*







Rete in Polipropilene

*Polypropylene net*

Maglie e calze in Coolmax® Extreme, che assicura un eccezionale controllo dell'umidità

*Jerseys and socks made with Coolmax® Extreme, which allows an optimal humidity control*



1 Accumulo umidità
2 Tempi di asciugatura dei campioni di tessuto
3 Indice di tampone, capacità del tessuto di regolare il microclima tra la pelle ed il tessuto stesso

*1 Humidity buildup*
*2 Fabric sample drying time*
*3 Bufferin index fabric ability at regulating microclimate between the skin and the fabric*



Calze in cotone Tactel®, morbido, leggero e traspirante

*Socks made with soft, lightweight, breathable cotton Tactel®*

MULTI SEASON SYSTEM

### C226

M.S. SYSTEM
Seamless X-S
Sleeveless

### C227

M.S. System
Seamless X-S
Jersey



Maglia maniche corte
in Polipropilene + X-Static®.
Struttura differenziata.
Costruzione seamless.
Logo Jacquard.

*Jersey with Polypropylene + X-Static®. Seamless construction. Body made with Polypropylene. Underarm area with X-Static®. Jacquard Logo.*

**XS,S - M,L - XL,XXL**

**TITANIUM**

 SEAMLESS



### C029

M.S. SYSTEM
Boxer



Boxer a doppio strato
con fondello in
Polipropilene. Mantiene
asciutto e regola la
temperatura. Cuciture piatte

*Boxer made in double layer fabric with Polypropylene pad. keeps the body dry and regulates body temperature. Flat stitching.*

**XS - XXL**

Canotta in Polipropilene + X-Static®. Struttura
differenziata. Costruzione seamless. Logo Jacquard.

*Sleeveless jersey made in Polypropylene + X-Static®. Seamless construction. Body made with Polypropylene. Underarm area with X-Static®. Jacquard Logo.*

**XS,S - M,L - XL,XXL**

**TITANIUM**



**TITANIUM**





**C112**  (NEW)

M.S. SYSTEM
Net Seamless
Jersey

**C111**  (NEW)

M.S. SYSTEM
Seamless
Net Sleveless




Maglia maniche corte in rete di Polipropilene elasticizzata. Costruzione seamless.

*Jersey with Polypropylene stretchable net. Seamless construction.*

**XS,S - M,L - XL,XXL**

Canotta in rete di Polipropilene elasticizzata. Costruzione seamless.

*Sleeveless jersey with Polypropylene stretchable net. Seamless construction.*

**XS,S - M,L - XL,XXL**

MULTI SEASON SYSTEM

TITANIUM

 **SEAMLESS**

TITANIUM

 **SEAMLESS**

43

### C098

M.S. SYSTEM
Windshield
Sleeveless



Canotta in rete di Polipropilene. Parte frontale in Light Textran. Cuciture piatte.

*Sleeveless jersey with Polypropylene net. Wind protection frontal panel in Light Textran. Flat stitchings.*

**S - XXL**

OXIDE

TEXTRAN

### C100

M.S. SYSTEM
Windshield
Jersey



Maglia maniche corte in rete di Polipropilene. Parte frontale in Light Textran. Cuciture piatte

*Jersey with Polypropylene net. Wind protection frontal panel in Light Textran. Flat stitchings.*

**S - XXL**

OXIDE

TEXTRAN

MULTI SEASON SYSTEM

**C138** NEW

M.S. SYSTEM
Sleeveless Cmax
Net Jersey



**C139** NEW

M.S. SYSTEM
Cmax Net Jersey



Maglia senza maniche in rete Coolmax®. Cuciture piatte.

*Sleeveless jersey made with Coolmax® net. Flat stitchings.*

**S - XXL**

Maglia in rete Coolmax®. Cuciture piatte.

*Jersey made with Coolmax® net. Flat stitchings.*

**S - XXL**

OXIDE

OXIDE



MULTI SEASON SYSTEM

45

## C023

M.S. SYSTEM
2P T-Shirt

## C024

M.S. SYSTEM
2P Sleeveless





Maglia maniche corte con tessuto nido d'ape in Polipropilene. Mantiene asciutto e regola la temperatura. Cuciture piatte.

*Polypropylene jersey. Honeycombed structure. Keeps the body dry and regulates body temperature. Flat stitchings.*

**S - XXL**

Canotta con tessuto nido d'ape in Polipropilene. Trasferisce all'esterno il sudore e mantiene asciutto il corpo. Cuciture piatte.

*Sleeveless jersey made in Polypropylene. Honeycombed structure. Fast wicking of sweat towards the outside. Keeps the body dry. Flat stitchings.*

**S - XXL**

ALLUMINIUM

ALLUMINIUM

## C132

M.S. SYSTEM
Sleeveless

## C131

M.S. SYSTEM
T-Shirt





Canotta con cuciture piatte.

*Sleeveless jersey with flat stitchings.*

**S - XXL**

Maglia maniche corte con cuciture piatte.

*Short sleeve jersey with flat stitchings.*

**S - XXL**

MULTI SEASON SYSTEM

**TITANIUM**

**TITANIUM**

47

## C123

M.S. SYSTEM
X-S Invisible Socks



Calza corta in X-Static®.

*X-Static® short socks.*

**S - XXL**

OXIDE

## C102

M.S. System
System No
Friction Socks



Calze in materiale anti abrasione. Protegge contro le vesciche alle dita e al tallone. Rete sul collo del piede.

*No friction socks. Protect toe and heel from frictions. Front net mesh.*

**S - XXL**

TITANIUM

## C035

M.S. SYSTEM
Thermo Socks

Calze termiche. Materiale che mantiene costante la temperature. Collo del piede in rete. Pianta con inserti per aumentare l'aderenza.

*Thermal socks. Keep constant temperature. Front net mesh. Sole gripper.*

**S - XXL**

ZIRCONIUM



## C122

M.S. SYSTEM
Cotton Socks



Calza in cotone Tactel®. Rete sul collo del piede. Rinforzo in filo su punta e tallone.

*Tactel socks. Front net mesh. Reinforced toe and heel.*

S - XXL

   
JADE    RUBY    ZEPHIR    BLACK



## C230

M.S. SYSTEM
C-max Socks



Calza Active Performance in Coolmax®. Asciuga rapidamente. Spessore differenziato.

*Active Performance socks made in Coolmax®. Dry fast. Multi level construction.*

S - XXL

OXIDE



## C107

M.S. SYSTEM
Racing Socks



Calza con Skinlife®. Mantiene l'equilibrio biologico della pelle. Collo del piede in rete. Pianta con inserti per aumentare l'aderenza.

*Socks made with Skinlife®. Mantain the biological balance of the skin and reduce unpleasant odours. Front net mesh. Sole gripper.*

S - XXL

RACING



MULTI SEASON SYSTEM

49



Il nuovo fondello estensibile in materiale Micro-Polyestere con accoppiatura speciale di diversi strati che garantisce le seguenti caratteristiche: altissima estensibilità, versatilità anatomica e comfort, ottima traspirazione grazie al passaggio d'aria, ottima gestione dell'umidità, trattamento igienico permanente, lavabile a 40°C e di facile manutenzione.

*The new 4 ways stretchable cycling pad, out of micro fine Polyester filament, is a special laminate. This high tech product guarantees for the following properties: high elasticity in lengthways and crossways, anatomical fit, optimal breathability that provides the build up of heat, excellent moisture transport, durable hygienic, easy care, washable at 40°C.*

° REGISTERED TRADEMARK OF CHR. ESCHLER AG



Eccezionale controllo dell'umidità. Il tessuto asciuga più rapidamente rispetto ai tessuti della concorrenza, riduce la temperatura corporea e rallenta il battito cardiaco. Indice di comfort superiore rispetto ai tessuti della concorrenza. Conforme ai più elevati standard richiesti da DuPont per la certificazione.

*Superior moisture management properties. It dries faster than competitive fabrics. Proven to reduce body temperature and to lower heart rate. Surpasses competitive fabrics in comfort index rating. Meets the highest DuPont standards for performance certification.*

° DUPONT REGISTERED TRADEMARK USED UNDER LICENCE BY DUPONT SABANCI

**COOL PAD**

Il CoolPad° è il primo fondello multifunzionale per altissime esigenze. La schiuma presente all'interno, con le sue integrate Capsule Thermoasorb°, rinfresca ed aumenta il comfort sulla sella. La protezione multifunzionale permanente Hygienic° garantisce una migliore tollerabilità dermatologica e meno strapazzo dei materiali.

*CoolPad° is the first in multi-functional cycling seat pads. It contains a particular foam with incorporated Thermoasorb° micro capsules which cool by absorbing excessive body heat produced while sweating. The permanent Hygienic° protection fabric of CoolPad® combats perspiration odours and protects against bacteria.*

° REGISTERED TRADEMARK OF CHR. ESCHLER AG

**Ultraviolet protection**

Capacità di offrire un'elevata protezione ai raggi UVA e UVB, grazie all'utilizzo di Meryl° Microfibre, la fibra trattata con uno dei migliori filtri UV a base di titanio. Grazie alla sua opacità, questa fibra filtra efficacemente i raggi solari.

*High-grade protection against UVA and UVB thanks to Meryl° Microfibre, a fiber that uses titanium to create an UV filter. With its great opaqueness Meryl° Microfibre is a highly effective filter against the sun rays.*



L'intelligenza artificiale dei capi di abbigliamento sportivo più evoluti: Meryl Active System° è il sistema di fibre innovative, performanti e versatili dell'ultima generazione. Leggerezza, alta capacità di protezione e resistenza, velocità di asciugatura e comfort durante tutte le attività sportive: queste le sue doti.

*Meryl Active System°, the evolved intelligence for sportswear fibers. A new complete system of innovative, versatile and high performance fibers. Resistant, protective and lightweight. Designed for quick-drying and exceptional comfort during any athletic activity.*

° MERYL ACTYSISTEM IS A REGISTERED TRADEMARK BY NYLSTAR CD



PCM Schoeller° è un nuovo gruppo di tessuti la cui caratteristica principale è l'attiva compensazione della temperatura grazie ad una schiuma speciale. PCM° si basa sulla tecnologia del cambiamento di fase.

*PCM Schoeller° is a new group of textiles that is characterised by an active thermal regulation thanks to a special foam on the inside. PCM° is based on phase change technology.*

° REGISTERED TRADEMARK SCHOELLER TEXTIL AG



Comfort a 360°, elevate capacità elastiche e contenitive in tutte le direzioni. Ottima traspirabilità. Facilita la respirazione della pelle ed elimina rapidamente il sudore. Forza ed aderenza; azione di micromassaggio sulla pelle. Grande igienicità grazie al trattamento antibatterico Sanitizer° al quale è stato sottoposto.

*Total comfort, high stretch and compression in all directions. Improves skin breathing and quickly removes sweat. Strong and adherent. Micro-massage action on the skin. Sanitizer° anti-bacteria treatment which guarantees a total hygiene.*

° REGISTERED TRADEMARK OF INDUSTRIA CENTENARI E ZINELLI spa

**3M Scotchlite™**

Migliora le condizioni di sicurezza, anche al buio ed in caso di scarsa visibilità. Grazie a questo i conduttori dei veicoli percepiscono un'immagine visibile anche a grande distanza.

*Greatly enhances your safety at night and in bad visibility situations by creating an extremely bright image that motorists are able to see even from long distances.*

° 3M REGISTERED TRADEMARK

**LYCRA.**

Nell'abbigliamento sportivo Lycra° aggiunge: performance superiore, comfort, facilità di movimento e mantenimento della forma.

*Lycra° in sportswear adds: performance through its technology, comfort, ease of movement and shape retention.*

° LYCRA IS A REGISTERED TRADEMARK OF INVISTA PREMIUM STRETCH FIBERS AND FABRICS.

**Dryarn**

Pelle asciutta e comfort in ogni stagione. Tessuto superleggero (la fibra tessile più leggera in assoluto). Antimacchia, antimuffa, anallergica Ecologico: riciclabile al 100%. Facile da lavare ed asciugare

*Dry skin and comfort in all climates. Super light fabric (from the lightest fiber in nature). Stain resistant, completely aseptic, anallergic, 100% recyclable. Easy to wash and dry.*

° REGISTERED TRADEMARK AQUAFIL ASOLA, ITALY

**Linel**

Le caratteristiche di elasticità e morbidezza del tessuto Lineltex permettono la realizzazione di capi sportivi particolarmente confortevoli. L'elastomero Linel è alla base del tessuto Lineltex.

*The special stretch and soft handle characteristics of Lineltex allow the manufacture of sporty garments, which are particularly comfortable. Lineltex fabric is produced with the Linel elastomeric yarn.*

° LINEL IS THE ELASTOMERIC YARN PRODUCED BY FILLATTICE spa

TEXTILES

## HYDROfit 

Grazie alle sue sorprendenti caratteristiche di morbidezza, leggerezza e resistenza, Hydrofit® è un tessuto particolarmente indicato per lo sport attivo, in quanto la sua struttura innovativa permette di trasportare velocemente l'umidità verso l'esterno, offrendo il massimo del comfort e della praticità.

*Thanks to its surprising characteristics of softness, lightness and resistance, Hydrofit® is a fabric indicated for active sports, because its innovative structure allows a fast wicking transport towards the outside., offering you the maximum comfort and practicalness.*

® REGISTERED TRADEMARK OF TESSPORT

## X-static — The Silver Fiber

Prodotto naturale antiodore. Regola la temperatura. Sicuro e non tossico. Terapeutico ed antistatico. L'argento puro viene legato alla superficie di una fibra tessile in maniera completa, creando così X-Static®, la fibra d'argento.

*X-statics is a high performance fiber system made with pure silver. Silver is neutrally antimicrobial, enabling X-statics to safely inhibit the growth of odor-causing bacteria and fungi in this product. Silver also has the best possible thermodynamic properties, so you will stay cooler in the summer and warmer in the winter. X-static is safe and natural and will last for the life of the product.*

® REGISTERED TRADEMARK OF NOBLE FIBER TECHNOLOGIES, INC

## Thermolite

Calore e leggerezza per un migliore comfort grazie alla proprietà della fibra cava, la quale crea un sistema di isolamento termico anche con tessuti leggeri. A parità di peso, Thermolite® è più caldo di altri tessuti. Capacità di evacuazione del sudore superiore alla concorrenza.

*Engineered hollow-core fiber technology which creates a lightweight insulating layer of warm air. Warmer than other fabrics at equal weight. Superior moisture vapour transport properties compared to competitive fabrics.*

® DUPONT REGISTERED TRADEMARK USED UNDER LICENCE BY DUPONT SABANCI.

## Tactel

La gamma Tactel® offre ai capi di abbigliamento tutti i vantaggi pratici richiesti dal consumatore dei giorni d'oggi: morbidezza, leggerezza, resistenza, facile manutenzione, versatilità.

*The Tactel® range adds the essential practical benefits demanded nowadays: softness, lightness, strength, easy care and versatility.*

® TACTEL IS A REGISTERED TRADEMARK OF INVISTA FOR TACTILE AND AESTHETIC SPECIALTY FIBERS AND FABRICS

## Rayosan 

Rayosan® è un tessuto che fa da scudo a gran parte delle radiazioni ultraviolette, che sono responsabili di indesiderati e dannosi effetti alla pelle.

*Textiles finished with Rayosan® block a large part of UV rays that are responsible for harmful effects on the skin.*

® RAYOSAN REGISTERED TRADEMARK

## Teflon

Teflon® respinge al massimo l'acqua e le macchie mantenendo la respirabilità del tessuto.

*Teflon® provides maximum water and stain repellence without affecting breathability of the fabric.*

® DUPONT REGISTERED TRADEMARK

## (Anti-UV shield)

Lo scudo contro i raggi ultravioletti che vi protegge mantenendo fresco il vostro corpo.

*Anti-UV shield that protects you and keeps your body cool.*

® REGISTERED TRADEMARK OF INDUSTRIA CENTENARI E ZINELLI spa

## CoolPad 

Costruzione senza cuciture con imbottitura termoregolatrice CoolPad®.

*Seamless model with CoolPad® thermo regulating foam inside.*

® REGISTERED TRADEMARK OF CHR. ESCHLER AG

## Meryl Skinlife 

La microfibra essenziale. L'ultima frontiera dell'innovazione, perché la pelle merita il meglio. Con Meryl® Skinlife scoprite la sensazione di benessere e di freschezza a lunga durata. Antiodore. Effetto permanente.

*The essential microfiber. Cutting edge innovation, because your skin deserves nothing less than the best. Experience the feeling of well-being and long-lasting freshness with Meryl® Skinlife. Anti-odour. Permanent effect.*

® DUPONT REGISTERED TRADEMARK

## Strongflex

Strongflex® è utile per tutte quelle attività che richiedono un tessuto in grado di fornire protezione dagli agenti esterni. Inoltre, Strongflex® vi proteggerà senza limitare la libertà di movimento nella vostra performance sportiva. Questa fibra, ottenuta combinando il Kevlar® con la Lycra®, rappresenta una sorprendente innovazione tecnologica. Elasticità multidirezionale e resistenza garantite.

*For any activity requiring a fabric that provides protection from external agents. Srongflex® protects without limiting freedom of movement. The fibers, Kevlar® combined with Lycra®, represent a great technological advance. Their special placement lends them a multidirectional elasticity and resistance to wear. Strongflex® provides guaranteed performance for a wide and varied range of applications.*

TEXTILES

Congratulazioni per il Vostro acquisto di un prodotto della Campagnolo Sportswear S.r.l. (di seguito "CAMPAGNOLO SPORTSWEAR")
Should your product be defective, it will be repaired or substituted, in accordance to what set forth in this warranty (hereinafter the "Warranty") within 30 (thirty) days from receipt of the product by CAMPAGNOLO SPORTSWEAR.



### OGGETTO / OBJECT

La presente Garanzia ha per oggetto i prodotti CAMPAGNOLO SPORTSWEAR recanti il marchio Campagnolo inseriti nei cataloghi Campagnolo Sportswear (di seguito i "Prodotti"), commercializzati al pubblico, sia in Italia che all'estero, attraverso i rivenditori CAMPAGNOLO SPORTSWEAR presenti sul mercato.
CAMPAGNOLO SPORTSWEAR garantisce che i propri Prodotti sono esenti da difetti nei materiali o nella lavorazione alle condizioni previste dalla presente Garanzia.
La Garanzia lascia comunque impregiudicati i diritti di cui il consumatore è titolare nei confronti del venditore in forza della normativa applicabile in materia di garanzia nella vendita di beni di consumo (per acquisti effettuati in Italia, gli artt. 1519 bis ss. c.c).
Products covered by this Warranty are all CAMPAGNOLO SPORTSWEAR's products bearing the Campagnolo trademark and listed in CAMPAGNOLO SPORTSWEAR's catalogues (hereinafter the "Products") sold on the market, in Italy and abroad, by CAMPAGNOLO SPORTSWEAR's resellers.
CAMPAGNOLO SPORTSWEAR warrants, in accordance to what set forth in this Warranty, that the Products are free from defects in materials and workmanship.
This Warranty does not affect the consumer's rights towards the seller provided for under the applicable national legislation on sale of consumer goods (for purchases made in Italy, articles 1519 bis and following of the Italian Civil Code).



### DECADENZA DALLA GARANZIA / FORFEITURE OF WARRANTY

La Garanzia opera unicamente nei confronti del primo acquirente utilizzatore (il "Cliente"), non può essere ceduta e decade automaticamente al passaggio del Prodotto dal primo ai successivi utilizzatori.
La Garanzia decade altresì allorquando il Cliente non abbia rispettato le indicazioni per la manutenzione ed il lavaggio del Prodotto allegate o incorporate da CAMPAGNOLO SPORTSWEAR al Prodotto stesso.
Il Cliente decade infine dalla Garanzia qualora non provveda a contestare i vizi del Prodotto entro 60 (sessanta) giorni dalla data in cui essi sono stati (o avrebbero dovuto essere) scoperti, contattando direttamente il rivenditore CAMPAGNOLO SPORTSWEAR dal quale ha acquistato il Prodotto (il "Rivenditore").
This Warranty shall apply only in favour of the first purchaser end-user of the Product (hereinafter the "Customer"), is not assignable and shall automatically cease to be effective as soon as the Product is transferred by the Customer to any third party.
This Warranty shall also not apply in case of non-compliance by the Customer with the Product's maintenance and washing instructions given by CAMPAGNOLO SPORTSWEAR or attached to the Product.
Customer shall, subpoena of forfeiture, immediately report the existence of any defects in the Products by giving written notice thereof - within 60 (sixty) days from the date in which the defects have been (or should have been) discovered – to CAMPAGNOLO SPORTSWEAR's reseller who sold the defective Product to the Customer (hereinafter the "Reseller").



### TERMINI E DURATA DELLA GARANZIA / TERMS AND DURATION OF THE WARRANTY

La Garanzia ha una validità di 2 anni dalla data di acquisto del Prodotto.
This Warranty shall remain in full force and effect for a period of 2 years from the date in which Customer has purchased the Product.



### CONTENUTO DELLA GARANZIA / CONTENTS OF THE WARRANTY

Qualsiasi indicazione di pesi, misure, dimensioni ed ogni altro dato contenuto in cataloghi e prospetti di CAMPAGNOLO SPORTSWEAR o comunque dalla stessa fornito avrà carattere meramente indicativo e non sarà vincolante se non in presenza di espressa garanzia od impegno da parte di quest'ultima.
Rimane in particolare esclusa qualsiasi garanzia da parte di CAMPAGNOLO SPORTSWEAR relativamente a caratteristiche tecniche e/o funzionali del Prodotto, salvo che le stesse abbiano formato oggetto di espressa garanzia scritta.
Qualora venga accertata – ad insindacabile giudizio di CAMPAGNOLO SPORTSWEAR - la presenza di vizi del Prodotto coperti dalla presente Garanzia, il Cliente avrà diritto – a scelta di CAMPAGNOLO SPORTSWEAR – alla riparazione o alla sostituzione gratuita del Prodotto, con il solo addebito al Cliente delle relative spese di trasporto.
La Garanzia sui Prodotti sostituiti o riparati ai sensi del precedente paragrafo rimane in vigore per il solo periodo residuo intercorrente tra la riparazione e/o sostituzione e lo scadere del periodo originario di Garanzia relativo al Prodotto inizialmente acquistato dal Cliente.
CAMPAGNOLO SPORTSWEAR si riserva il diritto di interrompere in qualsiasi momento e senza preavviso la produzione di alcuni Prodotti o di modificarne le specifiche senza perciò essere obbligata ad incorporare tali nuove caratteristiche nei Prodotti precedentemente venduti, anche nel caso in cui essi vengano resi per un reclamo di Garanzia.
La presente Garanzia rappresenta l'unica garanzia prestata da CAMPAGNOLO SPORTSWEAR al Cliente, il quale pertanto – nei limiti consentiti dalla legge - non potrà invocare nei confronti di CAMPAGNOLO SPORTSWEAR nessun'altra garanzia, espressa o tacita, legale o convenzionale, né pretendere il risarcimento di danni diretti, indiretti, incidentali o consequenziali, tanto in via contrattuale che extracontrattuale.
Nessun rivenditore, agente o dipendente della CAMPAGNOLO SPORTSWEAR è autorizzato a modificare, estendere o ampliare la presente Garanzia.
Any weights, measures and dimensions as well as any other data contained in CAMPAGNOLO SPORTSWEAR's catalogues or provided to the Customer will be for information purposes only and will not be binding upon CAMPAGNOLO SPORTSWEAR if not accompanied by an express warranty or undertaking on its part.
In particular, any warranty by CAMPAGNOLO SPORTSWEAR regarding the technical and/or functional characteristics of the Products is excluded, unless such characteristics are the object of an express written warranty.
Should the existence of any defects covered by this Warranty be acknowledged by CAMPAGNOLO SPORTSWEAR, Customer shall be entitled to have - at CAMPAGNOLO SPORTSWEAR's discretion - the defective Product repaired and/or replaced free of charge, save for the relevant transport costs, which will be for the Customer's sole account.
Warranty on Products repaired or substituted according to the preceding paragraph shall remain in force until expiry of the original term of Warranty granted in relation to the defective Product initially purchased by the Customer.
CAMPAGNOLO SPORTSWEAR shall at any time and at its reasonable discretion be entitled to cease or suspend the production of certain Products as well as to modify the relevant technical specifications without it being obliged to incorporate such modifications in the Products already sold to Customer, even when such Products are returned to CAMPAGNOLO SPORTSWEAR due to defects covered by the Warranty.
This Warranty is the only warranty granted by Campagnolo Sportswear to the Customer, any other warranty, intervention and remedy as well as any responsibility for contractual and extra-contractual, direct, indirect, incidental or consequential damages being, to the extent permitted by law, expressly excluded and waived by the Customer.

LIMITED WARRANTY

CAMPAGNOLO SPORTSWEAR's resellers, agents and employees have not been granted any power to modify or in any way extend this Warranty.


### DECADENZA DALLA GARANZIA / FORFEITURE OF WARRANTY

La validità ed efficacia della presente Garanzia è subordinata alla presentazione al Rivenditore da parte del Cliente di (a) copia della presente Garanzia debitamente vidimata dal Rivenditore e sottoscritta dal Cliente (anche ai sensi degli artt. 1341 e 1342 del Codice Civile italiano) e di (b) una breve relazione contenente la descrizione del difetto riscontrato e delle modalità di manutenzione e lavaggio adottate dal Cliente, nonché (c) alla consegna al Rivenditore del Prodotto assertamente difettoso e dello scontrino fiscale, fattura e/o documento equivalente comprovanti la data di acquisto del Prodotto.

The validity and effectiveness of this Warranty is conditional upon presentation by the Customer to the Reseller of: (a) a copy of this Warranty endorsed and stamped by the Reseller and duly signed by the Customer (also for acceptance of clauses under articles 1341 and 1342 of the Italian Civil Code) and (b) a short relation describing the nature of the defect and the maintenance and washing methods adopted by Customer, as well as upon (c) delivery to the Reseller of the asserted defective Product together with the relevant receipt and/or invoice attesting the date of purchase of the Product.


### ESCLUSIONE DELLA GARANZIA / EXCLUSION OF THE WARRANTY

La presente Garanzia riguarda solamente i Prodotti che siano affetti da vizi originari.
Non sono coperti dalla presente garanzia i Prodotti che presentino difetti causati da trasporto, incidenti, manomissioni, riparazioni, negligenza, abuso o utilizzo improprio, mancanza di manutenzione appropriata o ragionevole, lavaggio non conforme alle istruzioni fornite da CAMPAGNOLO SPORTSWEAR, caso fortuito, normale usura, deterioramento dovuto all'uso ed ogni altra causa non riconducibile ad un difetto originario del Prodotto.

This Warranty only applies to original defects of the Products.
Therefore, this Warranty does not apply to defects of the Products deriving from transport, modifications, repairs or interventions carried out on the Products, negligent or improper use, lack of maintenance, non compliance with the washing instructions provided for by CAMPAGNOLO SPORTSWEAR, accidents, normal wear and tear and any other cause not ascribable to an original defect of the Product.


### CLAUSOLE FINALI / FINAL CLAUSES

La presente Garanzia è regolata dal diritto italiano.
Ogni controversia nascente da o relativa alla presente Garanzia o all'uso del Prodotto sarà devoluta alla competenza esclusiva del Foro di Vicenza, Italia.
Qualora una delle clausole della presente Garanzia dovesse essere dichiarata invalida, illecita o inefficace dalla competente autorità giurisdizionale, le rimanenti clausole continueranno ad avere efficacia per la parte non inficiata da detta clausola.

This Warranty shall be governed and construed in accordance with the Italian law.
Any dispute concerning this Warranty or the usage of the Products shall be submitted to the exclusive jurisdiction and sole venue of the Courts of Vicenza, Italy.
Should any of the provisions of this Warranty be declared null and void or contrary to the applicable law, the remaining portions thereof shall continue in full force and effect.

| Campagnolo Sportswear S.r.l. | Campagnolo Sportswear S.r.l. |
|---|---|
| _____ | _____ |
| (timbro e firma) | (stamp e signature) |
| Il Rivenditore | The Reseller |
| _____ | _____ |
| (timbro e firma) | (stamp e signature) |
| Il Consumatore | The Custumer |
| _____ | _____ |
| (firma) | ( signature) |

Ai sensi e per gli effetti degli artt. 1341 e 1342 del Codice Civile italiano il Cliente dichiara di approvare espressamente le clausole degli artt. 2 (Incedibilità e Decadenza); 4 (Contenuto e limiti della Garanzia); 5 (Condizioni di validità della Garanzia); 6 (Esclusione della Garanzia); 7 (Legge applicabile e Foro competente) della presente Garanzia.

Customer further states and declares to expressly approve, for the purposes and to the extent provided for by Articles 1341 and 1342 of the Italian Civil Code, the provisions contained in the following articles of this Warranty: 2 (Non-assignability and Forfeiture); 4 (contents and limitation of the Warranty); 5 (Conditions of validity of the Warranty); 6 (Exclusion of the Warranty); 7 (Governing Law and Competent Jurisdiction).

| I Consumatore | The Custumer |
|---|---|
| _____ | _____ |
| (firma) | ( signature) |

**TRATTAMENTO DEI DATI PERSONALI / PERSONAL DATA PROCESSING (Law no. 675/96)**

Ai sensi e per gli effetti della Legge 675/96 il sottoscritto dichiara di aver ricevuto l'informativa di cui agli artt. 10 e 13 della citata legge e di aver preso visione dei diritti dalla stessa riconosciutigli.
Conseguentemente, presta il proprio consenso incondizionato al trattamento, alla comunicazione e diffusione dei propri dati personali al fine di catalogazione, elaborazione, conservazione e registrazione degli stessi presso gli archivi di Campagnolo Sportswear S.r.l., oltre che per finalità gestionali, promozionali, pubblicitarie, trasmissione di informazioni commerciali e tecniche, ricerche di mercato ed in particolare, senza intento limitativo, per tutti gli usi idonei ad assicurare una maggiore tutela e sicurezza del bene acquistato.

For the purposes and to the extent of Law no. 675/96 the undersigned declares he has received the information note provided for by articles 10 and 13 of the above mentioned law and has taken due note of the rights granted thereby. Therefore, the undersigned gives its unconditional acceptance to the processing, communication and diffusion in Italy and abroad of its personal data, including any "sensible data" to the extent that such data is used for the purposes of filing, processing or registering the same in the company files or for operational and promotional purposes, the transmission of commercial and technical information, the conduct of marketing surveys and in particular, without limitation, for all uses which may be deemed appropriate to guarantee greater protection and safety of the Product.

I Consumatore:      The Custumer:

63

WARRANTY



C2 DISPLAY
Soluzione modulare
per pareti ettrezzate.
H: 225 cm, L: 100 cm, P: 40 cm

C2 DISPLAY
Modular system
for corner
H: 225 cm, L: 100 cm, W: 40 cm





Tutti i prodotti della serie Multi
Season System sono forniti con
apposito imballo.

*All Multi Season Products are
supplied with Campagnolo
packaging.*



Appendini Campagnolo

*Campagnolo hangers*



| DIMENSIONI UOMO / MAN DIMENSIONS | S - 46 | M - 48 | L - 50 | XL - 52 | XXL - 54 | XXXL - 56 |
|---|---|---|---|---|---|---|
| (1) TORACE / CHEST | 93 - 96 | 97 - 100 | 101 - 104 | 105 - 108 | 109 - 112 | 113 - 116 |
| (2) VITA / WAIST | 79 - 83 | 84 - 87 | 88 - 91 | 92 - 95 | 96 - 99 | 100 - 104 |
| (3) BACINO / HIP | 90 - 93 | 94 - 97 | 98 - 102 | 103 - 106 | 107 - 110 | 111 - 114 |
| (4) ALTEZZA / HEIGHT | 173 - 177 | 176 - 180 | 179 - 182 | 181 - 185 | 184 - 188 | 189 - 193 |
| (5) INT.GAMBA / INSEAM | 80 - 84 | 83 - 87 | 86 - 90 | 89 - 93 | 91 - 95 | 94 - 98 |

| DIMENSIONI DONNA / WOMAN DIMENSIONS | XS - 34 | S - 36 | M - 38 | L - 40 | XL - 42 |
|---|---|---|---|---|---|
| (1) BUSTO / BUST | 78 - 81 | 82 - 85 | 86 - 89 | 90 - 93 | 94 - 97 |
| (2) VITA / WAIST | 58 - 61 | 62 - 65 | 66 - 69 | 70 - 73 | 74 - 77 |
| (3) BACINO / HIP | 87 - 90 | 91 - 94 | 95 - 98 | 99 - 102 | 103 - 106 |
| (4) ALTEZZA / HEIGHT | 164 - 170 | 164 - 170 | 166 - 172 | 168 - 174 | 169 - 175 |
| (5) INT.GAMBA / INSEAM | 67 - 70 | 69 - 72 | 71 - 74 | 73 - 76 | 75 - 78 |

| CALZE / SOKS | S | M | L | XL | XXL |
|---|---|---|---|---|---|
| | 38 - 39 | 40 - 41 | 42 - 43 | 44 - 45 | 46 - 48 |

54



Caro Amico,

Pur avendo cercato di essere precisi, vorremmo scusarci per gli errori che potremmo aver commesso in questo catalogo.

La preghiamo inoltre di notare che ci riserviamo il diritto di cambiare i prodotti e le specifiche in qualsiasi momento senza comunicarlo.

Per avere maggiori informazioni la preghiamo di visitare il nostro sito www.campagnolo.com che è aggiornato regolarmente.

Dear Friend,

We have tried to be precise but would like to apologize for any mistakes that there might be in this catalogue.

We must also point out that we reserve the right to change products, surface finish and specifications at any moment without prior notice.

For further information, please visit our web site www.campagnolo.com which is regularly updated.

Enhanced Pad Project, Textran, Next Series, Peytech Series, Racing Series, Woman Specific Series, Multi Season System sono marchi registrati in esclusiva per Campagnolo Sportswear.

Enhanced Pad Project, Textran, Next Series, Peytech Series, Racing Series, Woman Specific Series, Multi Season System are registered trademarks of Campagnolo Sportswear.

**ITALY**
CAMPAGNOLO S.R.L.
Via della Chimica, 4 - 36100 Vicenza - ITALY
Phone: +39 0444 225500
Fax: +39 0444 225400

**UNITED STATES**
CAMPAGNOLO USA INC.
2105-L Camino Vida Roble - Carlsbad CA 92009 - U.S.A.
Phone: +1-760 9310106
Fax: +1-760 9310391

**SPAIN**
CAMPAGNOLO IBERICA S.L.
Avda. de Los Huetos 46 Pab. 31- 01010 Vitoria - SPAIN
Phone: +34 945 217195
Fax: +34 945 217198

**ITALY GERMANY FRANCE AUSTRIA SWITZERLAND**
Campagnolo Sportswear srl
Via dell'Economia 103
36100 Vicenza - Italy
Tel. 0039 0444289960 - Fax 0039 0444289557
info@campagnolosportswear.it

**EAST EUROPE**
Firma Gallizia
10 Oktoberstrasse 7
9800 Spittal/Drau - Austria
Tel. 0043 47622275 - Fax 0043 47622275

**SCANDINAVIA**
Marker Scandinavia
Assendlosevej 29
4130 Viby - Denmark
Tel. 0045 70228075 - Fax 0045 46468068

**AUSTRALIA**
De Grandi Cycle & Sport
419 Moorabool
Street 3220 Geelong - Victoria Australia
Tel. 0061 352215009 - Fax 0061 352223850

**BELGIUM**
Action Sports
Alée des Cerisiers 25
4840 Walkenraedt - Belgium
Tel. 0032 878997 - Fax 0032 879987771

**CANADA**
Cycles Marinoni Inc.
1067 Levis Lachenaie
J6W 4L2 Quebec - Canada
Tel. 001 450 4717133 - Fax 001 450 4719897

**HOLLAND**
E.H.P.
219 w.c. Oosteinderweg
1432 AS Aalsmeer - Nederland
Tel. 0031 297321604 - Fax 0031 297321604

**JAPAN**
Nichinao Shokai
8-16-6 Sotokanda Chyodaku
00101 Tokyo - Japan
Tel. 0081 3 33326251 - Fax 0081 3 33326166
Kawashima Cycle Supply Corporation
33-16 Kitaerio-cho, Sakai
00590 0007 Osaka - Japan
Tel. 0081 722 381557 - Fax 0081 722 386213

**KOREA**
CD. Bike Inc.
380-14 Sunghae-Dong, Kangdong-Ku
134-030 Seul - Korea
Tel. 0082 2 4740618 - Fax 0082 2 4740656

**TAIWAN**
Coolmax International Ltd Taiwan
Branch (H.K.)
No. 42, Alley 30, Lane 300, Sec. 2,
Jhong Hua S. Rd. Tainan City 702, Taiwan
Tel. 00 886 6 265 5001 - Fax 00 886 6 265 1386

**UNITED KINGDOM**
Jim Walker & Co.
Unc 1, Pocomanor Business Centre,
Brookside
TN221YA Uckfield - East Sussex - UK
Tel. 0044 1825 762400 - Fax 0044 1825 762455

**USA**
Quality Bicycle Products Inc.
6400 West 105th Street
55438 2554 Bloomington - MN, U.S.A.
Tel. 001 952 941 9391 - Fax 001 952 941 9799