IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BURKINA WEAR, INC.
177 E. Houston Street
New York, NY 10002

      Plaintiff,

    v.

CAMPAGNOLO S.R.L.
Via della Chimica 4,
36100 Vicenza, Italy

      Defendant.

Civil Action No. 07-3610

## CORPORATE DISCLOSURE STATEMENT OF CAMPAGNOLO S.R.L.

Defendant, Campagnolo S.r.l. ("Defendant"), hereby submits its Corporate Disclosure Statement required by Rule 7.1(a), Fed. R Civ. P.

Defendant states that it has no parent corporation and there is no publicly held corporation that owns 10% or more of Defendant's stock.

Respectfully submitted,

Date: 5/1/08

By _____
Anthony S. Volpe, Esquire, PA# 24,733
John J. O'Malley, Esquire, PA# 68,222
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 S. 17th Street
Philadelphia, PA 19103
Telephone: 215-568-6400
Facsimile: 215-568-6499

- 2 -

and

Jess M. Collen, NY# JC 2875
Matthew C. Wagner, NY# MW 9432
Jeffrey A. Lindenbaum, NY# JL 1971
Collen IP
The Holyoke Manhattan Building
80 South Highland Avenue
Ossining, NY  10562
Telephone:  914-941-5668
Facsimile:  914-941-6091

*Attorneys for Defendant,
Campagnolo, S.r.l.*