UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
BURKINA WEAR, INC.,

                        Plaintiff,

      - against -

CAMPAGNOLO, S.R.L.,

                        Defendant.

**FIRST AMENDED COMPLAINT**

07 cv 3610 (HP) (RWS)

**PLAINTIFF DEMANDS TRIAL BY JURY**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Plaintiff, by its attorney, CARMEN S. GIORDANO, hereby answers the Defendant's counterclaims:

1. - 7.    Plaintiff admits paragraphs 1 through 7 of Defendant's counterclaims.

8. - 48.    Plaintiff denies all information and allegations contained within Defendant's counterclaims, paragraphs 8 through 48.

Dated: New York, New York
May 20, 2008

                        Law Office of Carmen S. Giordano
                        *Attorney for Plaintiff*

                    By:_____/s/_____
                        Carmen S. Giordano (CSG-3927)
                        225 Broadway, 40th Floor
                        New York, NY 10007
                        (212) 406-9466